1

```
 1    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF NEW YORK:
 2    ----------------------------------------------------x
      ANTHONY MARCIANO, Individually, and on behalf of
 3    all other individuals similarly situated,

 4                              Plaintiff/Petitioners,

 5                   -against-                        Index:
                                                      160914/21
 6
      BILL DE BLASIO, MAYOR OF THE CITY OF NEW YORK, in
 7    his Official Capacity; DAVE A. CHOCKSHI,
      COMMISSIONER OF HEALTH AND MENTAL HYGIENE, in his
 8    Official Capacity; DERMOT SHEA, POLICE COMMISSIONER,
      In his Official Capacity; THE NEW YORK CITY BOARD
 9    OF HEALTH; and THE CITY OF NEW YORK,

10                              Defendants/Respondents.
      ----------------------------------------------------x
11    MICROSOFT TEAMS          New York County Supreme Court
                               80 Centre Street
12                             New York, New York 10013
                               December 14, 2021
13
           B E F O R E:  FRANK P. NERVO, Justice of the Supreme Court
14

15
      A P P E A R A N C E S:
16

17                     PATRICIA FINN, ESQ.
                       Attorney for Plaintiff/Petitioners
18                     58 East Route 59, Suite 4
                       Nanuet, New York 10954
19

20                     NEW YORK CITY LAW DEPARTMENT
                       OFFICE OF THE CORPORATION COUNSEL
21                     Attorneys for Defendants/Respondents
                       100 Church Street
22                     New York, New York 10007
                       BY: EUGENIA FOWLKES, ESQ.
23                         IVAN A. MENDEZ, JR., ESQ.

24

25                                    Tal R. Hahn,
                                      Senior Court Reporter
```

Proceedings

1    COURT OFFICER:  All rise.  Supreme Court,
2    State of New York, Civil Term is now in session.
3    Honorable Frank Nervo presiding.  Be seated and come to
4    order.
5        THE COURT:  All right.  Be seated please.
6    Before we begin, I am going to request that counsel
7    address the Court from the podium.  When you are
8    addressing the Court from the podium, if you are
9    comfortable with it, you could remove your mask.  When
10   not addressing the Court and when at counsel table
11   kindly leave your masks on.  You will see the Court is
12   without a mask so I could be heard through the PA
13   system.  I hermetically sealed myself in this little
14   box as best as I could.  Under the new modified rules
15   of the court that is permissible, what I just
16   suggested.
17       So this is the matter of Anthony Marciano,
18   individually, and on behalf of all other individuals
19   similarly situated.  Plaintiff/petitioner is against
20   Bill De Blasio, Mayor of the City of New York and
21   others, under Index Number 160914 of 2021.
22       May we have your appearances for the record,
23   please, initially on behalf of the plaintiff.
24       MS. FINN:  Yes.  Good afternoon, your Honor.
25       THE COURT:  I can't hear.  Sorry.

3

Proceedings

1          MS. FINN:  Patricia Finn, F-I-N-N, for

2     plaintiff.

3          THE COURT:  Okay.  Very good.  And on behalf

4     of the defendant/respondents?

5          MS. FOWLKES:  Good afternoon.

6          COURT OFFICER:  Press the button.

7          MS. FOWLKES:  Good afternoon.  This is

8     Eugenia Fowlkes, assistant corporation counsel, counsel

9     for the City, respondents.

10          MR. MENDEZ:  And Ivan Mendez, your Honor,

11     just observing.

12          THE COURT:  The Court has reviewed the

13     submissions by the plaintiff and of course by the

14     defendants.  And it's -- it appears to the Court, and I

15     am sure I will be corrected if I am wrong, that the

16     petition is based on essentially three premises; the

17     order that was issued -- the orders that were issued

18     violate certain of petitioner's constitution on civil

19     rights to, among other things, refuse informed consent;

20     that it violates the petitioner's right to Due Process

21     because the vaccinations have not been approved.

22          Secondly, that the authority to make the

23     determination to impose vaccination mandates is in the

24     legislature.  And with respect to the action against

25     the Police Department and the Commissioner, that said

Proceedings

```
1        Commissioner had no right or authority to issue said
2        rules and then enforce them, both constitutionally and
3        because they violate a contract.
4                    Ms. Finn, did I essentially state your
5        position?
6                    MS. FINN:  Yes, your Honor.
7                    THE COURT:  Okay.  I would like you to
8        address, if you don't mind, at the outset, the
9        allegation that the Mayor had no authority to issue
10       these orders to begin with in as much as, among other
11       reasons, there was no legislative authorization
12       provided?
13                   MS. FINN:  There or here?
14                   THE COURT:  Please.  I think it's probably
15       best if you go from the podium.
16                   MS. FINN:  Sure.
17                   THE COURT:  If that works for you.
18                   MS. FINN:  Yes.
19                   (Brief pause.)
20                   MS. FINN:  Your Honor, I -- our position is
21       indeed that the respondents do not have the authority
22       to mandate a mask on any NYPD employee.  And you had
23       mentioned that it was a lack of legislative authority,
24       but I think we could peel that back and go one further;
25       it's actually preempted by Congress.  That goes to the
```

Proceedings

1      issue of informed consent.

2              In the documents that I received last night

3      from the City in opposition, docket entry 19, paragraph

4      25, the City indicates that the vaccine has been

5      approved.  That is incorrect.  While indeed in August

6      the FDA issued a rather confusing and convoluted

7      emergency use authorization, the fact is the only

8      vaccine -- although it's a Pfizer vaccine, the only

9      Pfizer vaccine is called Comirnaty.  And Comirnaty is

10     not available in the United States.  So it's somewhat

11     disingenuous to suggest that the Pfizer vaccine, the

12     EAU Comirnaty is available in the United States.  It

13     definitely is not.  And that's likely because there is

14     no liability protection.

15             Comirnaty is available -- or will be

16     available this month in Europe.  But here in the United

17     States vaccines are typically liability-free,

18     particularly vaccines given to children.  If you are

19     injured by vaccines, you go to vaccine court where you

20     sue the government.  You don't sue the pharmaceutical

21     company.  So right off the bat, that is a big problem.

22     And, you know, I could brief you on it, but the

23     Comirnaty vaccine, which is the only FDA approved

24     vaccine, is not available.

25             So, therefore, this brings in to the

6

Proceedings

1       emergency use authorizations for the Pfizer and Moderna
2       vaccine that are available.  Under the Food and Drug
3       FDA and Cosmetic Act -- sorry, I will look that up.
4       But it's under the Cosmetic Act, an emergency use
5       authorized drug, whatever it is, and there are
6       plenty -- anthrax vaccine was an emergency use drug,
7       but under Federal Law Congress has preempted mandates
8       of emergency use drugs.  That's the bottom line.
9               I think there is a case that's illustrative
10      on this point.  It was the District Court for D.C., and
11      it was a 2000 case involving vaccines mandated,
12      emergency use authorized anthrax vaccines mandated on
13      the military.  And the Court clearly indicated that you
14      cannot mandate an unapproved off label vaccine.  I
15      believe, also, although I can't keep up with all the
16      orders striking down all the mandates, but I do believe
17      a Florida court had struck down the Biden mandate on
18      soldiers.  That would be in line with the case that I
19      talked about.
20              Secondly, under the state law, in December of
21      2020, a couple weeks after the emergency use vaccines
22      became available in New York, the legislature under the
23      novel coronavirus legislation specifically did not
24      mandate emergency use vaccinations, and the only
25      authority that the legislature had given to the Health

Proceedings

1    Department, or in this case the City, was to do contact

2    tracing.  There is absolutely no mandate for masks,

3    there is no mandate for PCR testing, and there is no

4    mandate for the vaccine allowed under the novel

5    coronavirus legislation, and the reason being Congress

6    preempted it under the Cosmetic Act.  Period.

7         Now, if Comirnaty was available, you know,

8    that might be a horse of a different color, but it's

9    not.  And I am not even sure if it's even being

10   distributed.  So I draw the Court's attention to the

11   affirmation, paragraph 25, which boldly declares the

12   Pfizer vaccine is authorized.  So now we have the novel

13   coronavirus legislation.  I explained to you it only

14   allows for contact tracing; nothing else.

15        And then we move to the statute.  Public

16   Health Law 206(1)(l) specifically prohibits an adult

17   mandate.  Now, there is an exception for children.  And

18   that issue has been exhaustively litigated in the 2nd

19   Department.  We have the C.F. case, which respondents

20   -- the respondents referenced in their opposition.  And

21   several other cases.  And so there is a massive

22   difference between a childhood vaccine that if you are

23   injured from that you get to go to court and you -- you

24   get to go to vaccine court and get compensation.

25        Currently right now under the emergency use

8

Proceedings

1      you can't do that.  But, very specifically, this
2      statute clearly prohibits an adult vaccination mandate.
3      And I would suggest, or I would draw the Court's
4      attention to a recent Fifth Circuit Decision in BST
5      Holdings versus OSHA that shot down the Biden mandate.
6      And I think the Court's language in BST is highly
7      relevant here because the Mayor is doing exactly what
8      the President had tried to do.  They are trying to take
9      a public health mandate that involves fundamental
10      decision-making about one's bodily autonomy and they
11      are trying to bypass legislative determination and
12      decision-making and convert this public health mandate
13      into an employment mandate.  And that is exactly what
14      the Fifth Circuit reviewed in BST.
15              In addition to that, the Fifth Circuit talked
16      about how over-inclusive -- how overbroad and at the
17      same time under-inclusive this mandate is for the NYPD.
18      Specifically, it's overbroad because it takes no
19      account of natural immunity.  Now, I want to be clear.
20      I am not -- this is not a battle of the experts.  Half
21      of that opposition that I got last night is praising
22      the glories of the vaccines.  I am not at all
23      challenging safety and efficacy of the vaccines.  This
24      is a purely legal argument; preemption, separation of
25      power, and statutory construction, which brings me to

Proceedings

1    my next point.

2            In the City's opposition they spend quite a

3    bit of time talking about the union cases that have

4    been brought and reasonable accomodation.  I could

5    simply tell you this case is not that.  This is not a

6    PERB issue.  It's not a collective bargaining issue.

7    And the reason is you cannot contract for a mandate

8    that is fundamentally illegal.  You cannot negotiate a

9    contract term that imposes an illegal mandate.  And,

10   again, starting at the top, Food and Cosmetic Act,

11   novel coronavirus legislation, Public Health Law 206.

12           So, although I respect what the unions are

13   trying to do, and they may ultimately prevail, but

14   without a temporary restraining order which I am asking

15   you for here on the basis of statutory construction,

16   not bargaining, okay, I think it's so important to make

17   that decision.  Those cases could take years to be

18   resolved because of the inability to really obtain a

19   TRO in a collective bargaining, unlike this case where

20   there are clear statutory problems, constitutional

21   problems, preemption, and of course separation of

22   powers, which brings us to the Mayor.

23           The Mayor has absolutely no authority to --

24   nor does he have any authority to order it or to direct

25   subordinates to direct the Police Commissioner or the

Proceedings

1    Health Department.  Now, an important distinction here

2    might be with the Board of Health.  If this Court is

3    familiar with Garcia versus City of New York, it's a

4    very interesting case.  In the State Supreme Court that

5    involved a flu mandate that was added to the childhood

6    schedule.  And the Court struck that down as -- as --

7    it was violating the separation of powers.  The 1st

8    Department upheld that, but on different grounds,

9    finding it was ultra vires.

10          The Board of Ed did have the authority, but

11   in this particular instance it had been overturned.

12   However, the Court of Appeals, you know, reversed and

13   said that the Board of Health does have the authority.

14   But, again, I emphasize, that flu shot was for children

15   and Public Health Law excludes adult mandates.  It does

16   carve-out school-related vaccines.  So I think Garcia

17   is illustrative here, and Garcia absolutely explained

18   Public Health Law and the difference between the adult

19   mandate.

20          THE COURT:  Since you have segued into the

21   authority, or lack of authority of the Board of Health,

22   what is it --

23          MS. FINN:  Yes?

24          THE COURT:  -- what is it -- this might be a

25   question perhaps directed to the Corporation Counsel

Proceedings

1    when they are at the podium, but under what authority
2    did the Department of Health, and of course you would
3    say they had no authority, to issue the mandate that
4    they issued?
5              MS. FINN:  They don't.
6              THE COURT:  What authority -- so let me
7    rephrase the question for you.
8              What authority would they have needed to
9    issue the mandate that they issued?
10             MS. FINN:  Okay, but it applied to children
11   on --
12             THE COURT:  Adults only.
13             MS. FINN:  There is none.  It's precluded.
14             THE COURT:  Well, can it be argued that the
15   Commissioner has the authority under circumstances, and
16   of course they would argue this is one of those
17   circumstances, that the Commissioner could, in fact,
18   issue an emergency mandate such as we have here, but
19   then it would have to be brought before the Board
20   within five days for it to continue?
21             MS. FINN:  No, it could not.
22             THE COURT:  Could not.  So you say -- your
23   position is that the -- that the Commissioner of the
24   Health and Mental Hygiene Service the Department of
25   Health has no authority under any circumstances to

Proceedings

1   direct adults to be vaccinated?

2              MS. FINN:  No, and the point I was making is

3   in Garcia you had a different situation.  The Court of

4   Appeals found that the Board of Health does have the

5   authority to regulate childhood vaccines, but there is

6   no corresponding authority.

7              Moreover, even if the Board of Health was to

8   do it, there is procedural rules.  There has to be a

9   notice.  There has to be a hearing and there has to be

10  a vote.

11             THE COURT:  That's right.  And the hearing

12  and vote would be by whom?

13             MS. FINN:  The Board of Health.

14             THE COURT:  Okay.

15             MS. FINN:  So --

16             THE COURT:  Was that done in this case?

17             MS. FINN:  Pardon me?

18             THE COURT:  Was that done in this case?

19             MS. FINN:  No.

20             THE COURT:  Okay.  My question may be

21  rhetorical, but I just want to confirm my understanding

22  of the facts.

23             MS. FINN:  No, it's a procedural issue.  But

24  let me explain to your Honor why the Mayor is doing

25  this and not the Board of Health.  Because the law is

Proceedings

1     very --

2               THE COURT:  Wait a minute.  The Board of

3     Health issued -- didn't the Board of Health also issue

4     a mandate?

5               MS. FINN:  No.

6               THE COURT:  It was just the --

7               MS. FINN:  Okay.  Why is the Mayor tackling

8     this beast instead of the Board of Health?

9               THE COURT:  So why is the Board of Health --

10    why is the Commissioner of Health and Mental Hygiene in

11    this case?

12              MS. FINN:  Pardon?

13              THE COURT:  Why did you sue the Commissioner

14    of Health and Mental Hygiene?

15              MS. FINN:  Because they reissued a series of

16    orders that lack any legislative underpinning.  And

17    they're a necessary party.  We had to sue them.  I

18    would have preferred to leave them out, but they are

19    in.

20              But the bottom line is, the Board of Health

21    is -- let's say even if the Board of Health wanted to

22    try and do this, it is possible that if the Board of

23    Health determined that a particular officer was a

24    threat, and they wanted to either impose a physical

25    restraint such as a mask mandate or they demanded they

Proceedings

 1    get tested every week, or the dreaded emergency use

 2    vaccine, they would have to petition a magistrate under

 3    Public Health Law 2120, and they would have to

 4    demonstrate two important things; they would have to

 5    demonstrate that the person being restrained or subject

 6    to a judicial order of quarentine, that person would

 7    actually have to be infected or suspected of infection.

 8              My client has natural immunity.  He tested

 9    positive.  He has already had COVID.  So you can't make

10    that.  Then we get to the second part; the least

11    restrictive means.  Your Honor, I respectfully say -- I

12    do not diminish the totality of this COVID nightmare.

13    It has affected everybody.  I mean, me personally.

14    Everybody in this room is struggling.  But when you

15    look at this opposition document, everything is

16    hysterical.  It's all exaggerated.  It's one hundred

17    percent increase.  Well, what does that mean?  We went

18    from two people to four people?  The fact is, the

19    government, the City is trying to, you know, drag us

20    into this battle of the experts where, you know, the

21    Courts are differential to a public health authority --

22              THE COURT:  Well, we don't get there, do we,

23    Ms. Finn, until we first establish that the Mayor had

24    authority to issue this order to begin with.

25              MS. FINN:  I think, your Honor, even if the

Proceedings

```
 1      Mayor -- the Mayor cited an Executive Law authority,
 2      but if you look at the Executive Law, Section 22-A,
 3      it's a -- it defines disaster, and that definition
 4      includes an epidemic.  But although the City pointed
 5      out the C.F. case, which was a completely different
 6      case; you had a nuisance, it was declared by the Board
 7      of Health that was procedurally appropriate, nothing
 8      like what is going on here, the 2nd Department held in
 9      C.F. that it was temporary, it had been over by the
10      time it got to the court, and the issue was whether or
11      not it was arbitrary and capricious.  It's not.
12              What I am trying to point out here is that
13      the Executive Law, in order to enact an emergency
14      regulation, you have to have an emergency.  The CDC --
15      this is not -- this is not Patricia Finn or a couple
16      people that are protesting against vaccines.  The CDC
17      is our authority.  I didn't bring in a scientist from
18      Germany or someone else.  I am asking you, your Honor,
19      to take a look at what CDC is saying.  Aside from the
20      fact that they are all over the place scaring everyone
21      to death, unaware of the potential of the variants -- I
22      mean, everyone knows diseases have variants.  How are
23      they so shocked that an omicron variant, or that the
24      delta variant -- is it reality?  Is it really the
25      number of cases?  Sometimes, your Honor, you want
```

Proceedings

1     cases.  Currently children seem to have a prevalence of

2     COVID antibodies, and yet they experience zero -- few

3     to none symptoms.  Any children that have been injured

4     tended to have comorbidities; overweight, other

5     illnesses.  I will set aside for a moment the total

6     inability to even track COVID data -- COVID deaths.

7     But the fact is that children, if they get COVID, they

8     decrease the prevalence of the illness in the

9     population.  That's a good thing.  Cases are a good

10    thing.

11          What we want to look at is infection fatality

12    rate.  And according to the CDC we have a 98.7 percent

13    survival rate.  And I would respectfully ask your Honor

14    to give me a ruling as to whether or not a 98.7 percent

15    survival rate rises to the level of an epidemic or

16    disaster as defined in the Executive Law.

17          I believe Judge Colon also in the I.R.O.A.R.

18    case specifically went through what the Mayor has to do

19    in order to declare an emergency.  And she found that,

20    you know, this ain't it.  This is not it.  So, your

21    Honor, it's not case -- it's not the number of cases;

22    it's infection fatality rate.

23          THE COURT:  Why are you limiting the criteria

24    to fatalities?

25          MS. FINN:  Pardon me?

Proceedings

```
 1              THE COURT:  Why are you limiting the criteria
 2       to just fatalities?  Why can't serious illnesses or
 3       hospitalizations constitute an emergency?
 4              MS. FINN:  That is an excellent point, but
 5       prior to COVID-19 we already had a hospital shortage.
 6       The problem, what's going on in the -- there was
 7       insufficient healthcare workers, insufficient --
 8              THE COURT:  I am just questioning the
 9       criteria that you are developing for what establishes
10       an emergency.
11              MS. FINN:  That is what I am asking you.  In
12       W.T. versus County of Rockland upheld by the 2nd
13       Department a week --
14              THE COURT:  How could I make that
15       determination without expert testimony as to what an
16       emergency is?
17              MS. FINN:  Well, your Honor, you could rely
18       on the statistics and the definition in the Executive
19       Law.  Judge Thorsen held that the minuscule number of
20       measles cases did not, in his opinion, and that was
21       based on government data -- it was actually based on
22       data offered by the county -- that the number of cases
23       did not rise to level of an epidemic.  And that was
24       appealed to the 2nd Department and it was upheld.  So
25       it wasn't disturbed.  And then a week later Judge
```

Proceedings

1    Knipel ruled in C.F. that that measles mandate was
2    lawful.  The point being, in Rockland County and in
3    Brooklyn you have these concentrations of has Hasidic
4    communities.  And what was happening in these
5    communities, they weren't intentionally spreading
6    measles to a point having to be vaccinated.  It wasn't
7    an outbreak; it was an in-break.
8         And so the Health Department went through
9    appropriate procedures, Board of Health rules, they
10   declared a nuisance and, you know, I personally -- I
11   mean, I tried that case in Rockland, so I think I did a
12   good job.  But I think my counterparts in Brooklyn
13   might have missed the mark slightly.
14        So, your Honor, in summary, unless you have a
15   question, you know, in addition to all this I would ask
16   you to think about what the Court -- the 2nd Department
17   did in C.F..  The 2nd Department specifically upheld
18   Jacobson versus Massachusetts.  I know a lot of lawyers
19   have argued it's bad law, it's old law, it should be
20   updated, and that may be true, but this lawyer doesn't
21   believe that.  I think Jacobson is an excellent
22   holding.  And recently the Supreme Court, Justice
23   Gorsuch in Candan v. Newsome and Doe v. Mills -- I am
24   sorry, your Honor, it was Roman Catholic Archdiocese
25   versus Cuomo and Justice Gorsuch said that if Jacobson

Proceedings

1    was to come in front of them today it would be upheld.

2    Why would it be upheld?  Because Jacobson, all he faced

3    was a five dollar fine.  He wasn't facing losing his

4    job, a suffocating mask mandate, an invasive PCR test

5    that could cause injury to the nasal cavity and the

6    brain.  All he had to do was pay five bucks.  And I

7    doubt that there's very few people that would pay five

8    dollars to get out of one of these mandates.

9          Jacobson foresaw the possibility of a vaccine

10   mandate being a plain and palpable invasion of

11   fundamental rights, and it's here.  This is it.  COVID

12   is absolutely overblown.  It's the infection fatality

13   rate that matters, not the case rate.  And that is true

14   of many, many viruss.  We are an ecosystem.  People

15   need exchange in order to develop immunity.

16         But, again, I really do not want to get

17   sucked into the science.  Jacobson said a vaccine

18   mandate had to be necessary, harm avoiding,

19   proportional and nondiscriminatory.  This mandate

20   imposed by NYPD is none of those things.  Jacobson said

21   in order to -- the legislature, not the Executive, not

22   the regulatory agencies, for the legislature to impose

23   a mandate there must be grave danger.  The Court -- I

24   believe the language was "imperils society."  There

25   must be an epidemic, there must be an emergency, which

Proceedings

1    is how this ties into the statute, the Executive Law
2    20.A.  20.A defines a disaster as an epidemic.  And the
3    2nd Department upheld Judge Thorsen's determination
4    that the rate of measles infection, which is higher
5    than COVID now, did not rise to the level of an
6    epidemic.
7              So I am not asking you to rule on the science
8    per say; I am asking you to rule on the legal
9    definition, and particularly to rely on the 1905
10   landmark vaccine refusal case, Jacobson versus
11   Massachusetts.  The Court held there was a duty for --
12   the Supreme Court held there was a duty for this Court
13   to adjudicate when a vaccine mandate is cruel -- not
14   sure if I remember the language specifically, but it
15   was -- it would be cruel to vaccinate people.  And, you
16   know, that is what is going on right now.
17             May I just sum up thirty seconds?
18             THE COURT:  Absolutely.
19             MS. FINN:  So, your Honor, I will start at
20   the top.  It's always a good place to start.
21             Congress has under the Food and Drug and
22   Cosmetic Act prohibits emergency use authorized drugs
23   from being mandated.  It's preempted that the Comirnaty
24   vaccine is not available in the United States.  And, by
25   the way, we have two weeks before Mayor De Blasio is

Proceedings

1    replaced by Mayor Adams -- soon-to-be Mayor Adams.  And
2    he's expressed relaxing these mandates.  So I think a
3    temporary restraining order is appropriate because
4    think of the damage it's going to cause.
5          Secondly, that statement about Comirnaty to
6    the best of my knowledge is completely false.  It's not
7    available.  It's only EAU.  Second, in December of
8    2020, when the EAU vaccines were already available the
9    legislature did not mandate a vaccine.  And they
10   couldn't because they were preempted under the Food and
11   Drug and Cosmetic Act.  It's simple as heck.  And then
12   you got the statute 206(1)(l) which prohibits adult
13   vaccines.  You have the authority of Garcia versus City
14   of New York for a resource on interpreting that
15   statute.
16         Finally, even if the Board of Health or the
17   Governor, or the Mayor, or the Police Commissioner
18   determined that an individual officer is a particular
19   threat, Public Health Law 2120 requires an additional
20   order of quarantine.  I am sure this Court is well
21   aware of cases of people that may be mentally ill, or
22   someone who is sick that refuses to follow guidance.
23         It is the burden of the local Health
24   Department to petition the Court to establish that the
25   person is infected or suspected of infection, and it is

Proceedings

1    the least restrictive means.  They have not done that,

2    and they cannot do it, which is why the Board of Health

3    can't mandate a blanket mandate like they have.  And

4    that was reaffirmed in BST versus OSHA in the Fifth

5    Circuit.  And the Court was crystal clear; you cannot

6    convert a public health mandate into an employment

7    mandate particularly when the mandate is overbroad,

8    does not include a potential for natural immunity which

9    Federal Courts have recognized in the prisoner release

10   cases that -- inmates that had already been infected

11   and were let out, or were petitioning to be let out,

12   they had no risk of reinfection because they had

13   already gotten COVID and recovered.

14           So I think it's clearly defined that this

15   mandate, even if it was legal, is overbroad.  It's also

16   at the same time under-inclusive.  What about the

17   people being arrested?  What about the mailman that's

18   coming into the police department?  Or the Fed-Ex guy

19   or delivery guy, or whoever is there?  The Court has

20   struck down mandates for larger companies over one

21   hundred as being both overbroad and under-inclusive.

22   And we have the same thing here.  These police officers

23   are involved with people all over.

24           And, you know, I take issue with this

25   conclusion that eighty percent of the population is

Proceedings

1      vaccinated.  I highly doubt that.  And I will just

2      leave it at that.  But if they are, I would submit to

3      your Honor that the majority of them acquiesced because

4      they were afraid of losing their jobs.  So I ask you,

5      your Honor, this does not rise to the level of a

6      disaster that imperils society.  It's bad, I get it,

7      but it's not there.  Thank you.

8                  (Brief pause.)

9                  THE COURT:  Ms. Fowlkes, you care to respond?

10                 MS. FOWLKES:  Yes, your Honor.  Just one

11     moment.

12                 (Brief pause.)

13                 MS. FOWLKES:  Your Honor, we have addressed

14     these arguments as presented in the petition in our

15     opposition papers that we submitted last night.  So to

16     the extent that you have any specific questions, I'd be

17     happy to answer them after I give my formal

18     presentation.

19                 Now, specifically here for the purposes of

20     today, this issue regarding the vaccine mandate and

21     specifically regarding granting a preliminary

22     injunction on the vaccine mandate, this has been

23     litigated over and over again.  It has been litigated

24     repeatedly and each time the courts here in New York

25     and the Second Circuit have refused to grant a

Proceedings

1  preliminary injunction.  And this Court's decision

2  today should be no different.

3          Now, specifically here for the purposes of

4  this preliminary injunction, opposing counsel has not

5  addressed the existence of irreparable harm.  Now,

6  first, this case was brought over a month after the

7  Commissioner's order, over a month after the

8  Commissioner's order was distributed to municipal

9  employees and over a month after Mr. Marciano

10  presumably had notice on the order.  So this delay

11  contradicts any irreparable harm --

12          THE COURT:  Sorry.  Sorry for interrupting.

13          Has Mr. Marciano been put on leave without

14  pay status?

15          MS. FOWLKES:  Your Honor, all that we are

16  aware of right now is that Mr. Marciano has applied for

17  a reasonable accomodation, and is awaiting a decision

18  on that.  So since he applied for it he is not yet on

19  leave without pay status.

20          THE COURT:  He is not yet on --

21          MS. FOWLKES:  That's correct.  He is not yet

22  on leave without pay status because he has submitted a

23  reasonable accomodation request.

24          THE COURT:  Okay.

25          MS. FOWLKES:  Now, as for the irreparable

Proceedings

1   harm, the only points that are brought up in the

2   petition is that Mr. Marciano would be forced to

3   succumb to a vaccine.  Now, the vaccine mandate is not

4   compelling anyone to receive a vaccine.  It's not

5   holding someone down and forcing them to receive a

6   vaccine.  Rather, it is -- that the vaccine mandate is

7   asking municipal employees to comply with a term of

8   employment.

9          THE COURT:  Was this term of employment in

10   effect at the time these people were initially

11   employed?

12          MS. FOWLKES:  No, it was not, your Honor.

13          THE COURT:  So it was a term of employment

14   that has been recently added under the current emergent

15   conditions?

16          MS. FOWLKES:  That's correct, your Honor.

17   This is a term of employment that was, as you just

18   stated, your Honor, added as of recent developments in

19   the last few months.  Now, the vaccine mandate is

20   asking municipal employees to meet this term of

21   employment, and they have the choice to meet this term

22   of employment or to not meet this term of employment.

23          THE COURT:  And face possible -- being placed

24   on leave without pay?

25          MS. FOWLKES:  That's correct, your Honor.

Proceedings

1          THE COURT:  Isn't that -- to use to a

2     colloquial term, strong-arming tactic?

3          MS. FOWLKES:  No, your Honor, it is not.  And

4     petitioner, plaintiff/petitioner would be subject to --

5          THE COURT:  Oh, it's a motivation.  It's a

6     motivation for these employees to comply with this

7     mandate -- or this order which we will discuss in a few

8     moments with respect to its validity in the first

9     place -- to comply with the order that the Mayor issued

10    or you will be on leave without pay.  So it's an

11    incentive, correct?

12         MS. FOWLKES:  That's correct, your Honor.

13         THE COURT:  Like the other incentives we've

14    heard about where the City offers one hundred dollars

15    to get a vaccination, things of that nature.

16         MS. FOWLKES:  Similar.

17         THE COURT:  Similar, but different effect to

18    the party.

19         MS. FOWLKES:  Effectively, this would be

20    different in the sense that the Mayor is asking

21    pursuant to his authority as the Executive Branch.  And

22    as --

23         THE COURT:  He is asking?  So the ask is,

24    kindly follow my directive or you will soon be without

25    income?

Proceedings

```
 1              MS. FOWLKES:  Your Honor, essentially yes, it
 2      is to -- for municipal employees specifically to comply
 3      with this term of employment, and it's a lawful
 4      directive by the Mayor as has been --
 5              THE COURT:  Under what authority can the
 6      Mayor establish a term of employment after people have
 7      been employed by the City of New York, or, in this case
 8      the New York Police Department for some period of time?
 9      How does that work?
10              MS. FOWLKES:  Yes, your Honor.  Allow me to
11      outline the process for this authority here.  The Mayor
12      has the authority, and this was specifically outlined
13      in the I.R.O.A.R. case that opposing counsel cited to.
14      Judge Coleman described that the Executive Branch made
15      issue with reference to those entities within its
16      authority.
17              Now, Judge Coleman specified who is within
18      the authority.  Those are subject to the Mayor's orders
19      and these are generally employees of the Executive
20      Branch which include municipal employees.  Now,
21      additionally, this order was provided -- or was created
22      by the Department of Health and Mental Hygiene.  And
23      that is pursuant to their own authority, specifically
24      that is brought in the City Charter.
25              Now, the City Charter, specifically Section
```

Proceedings

1    556 -- 556 Subsection C, empowers the DOHMH with

2    jurisdiction to regulate all matters effecting the

3    health in the City of New York, including communicable

4    diseases.  And, furthermore, the New York City

5    Administrative Code, Section 17-109 Subsection B

6    delegates this authority to the DOHMH to take measures

7    of general and gratuitous vaccines, or vaccination.  So

8    the DOHMH has authority to adopt these vaccine

9    measures, and as for the --

10              THE COURT:  Pardon my unfamiliarity with some

11   of statutes you are referencing, and how they all work

12   together.  Let me ask you this.  Can the DOH do this in

13   total abrogation of Section 3.01(c) of the Health Code

14   which states, in substance, "the Health Code does not

15   require the immunization of adults?"

16              MS. FOWLKES:  Your Honor, I am not sure I got

17   the first part of the -- before you asked the question.

18              THE COURT:  Well, can the Department of

19   Health ignore Section 3.01(c) of the Health Code which

20   states "the Health Code does not require the

21   immunization of adults?"  How does that factor into

22   what you just said?

23              MS. FOWLKES:  Yes, your Honor.  The

24   authorities that we cited separate from what you just

25   cited to the Section 3.01 of the Health Code, they are

Proceedings

```
 1      not exclusive of each other.  Because the authority
 2      that we are citing to here is legislatively -- this was
 3      brought by legislative means.  And this delegated the
 4      authority to specific actors.  And here it was
 5      delegated specifically to DOHMH, and specifically to
 6      the Commissioner.
 7                 THE COURT:  And what statute was that that
 8      was delegated by the legislature?
 9                 MS. FOWLKES:  So, first, this is the New York
10      City Charter.
11                 THE COURT:  Yes?
12                 MS. FOWLKES:  And then we have the New York
13      City Administrative Code.  New York City Charter 556,
14      Subsection C.  New York City Administrative Code
15      Section 17-109, Subsection B, as in boy.
16                 (Brief pause.)
17                 THE COURT:  Doesn't 17-109 refer specifically
18      to vaccinations that may be provided gratuitously, and
19      does not provide for mandatory vaccination?
20                 MS. FOWLKES:  That is correct, your Honor, it
21      doesn't say anything about mandatory vaccinations but
22      it does provide for gratuitous vaccinations.  But this
23      is important because, as we have made clear in the
24      papers, this was promulgated in -- under the lawful
25      authority of what we just cited here.  And the DOHMH is
```

Proceedings

1    essentially providing a choice to municipal employees,
2    because it is able to provide this term of condition to
3    municipal employees specifically.  This is not for the
4    rest of the city.  This is not for private citizens.
5    This is for employees that work for the city.  And it's
6    giving them a choice that they could either comply with
7    this or they could choose to find a job somewhere else
8    that has no vaccine mandate.
9            THE COURT:  And that's a reasonable choice in
10   your estimation?
11           MS. FOWLKES:  Your Honor, this is reasonable
12   because this is a term of employment.  And although
13   this was something that they may not have signed on to
14   when they initially joined, this is a term of
15   employment that's been promulgated in light of
16   circumstances recently.
17           THE COURT:  In terms of employment, can
18   themselves be changed during the course of somebody's
19   employment?
20           MS. FOWLKES:  Your Honor, yes.
21           THE COURT:  Not to be flip, were the
22   Commissioner of the Police Department or the Mayor
23   decide, well, we have a new term of employment;
24   everybody must be six foot tall to be a policeman.  If
25   you don't fit that term of employment, nice knowing

Proceedings

1      you.

2                  MS. FOWLKES:  Your Honor --

3                  THE COURT:  How is that different?

4                  MS. FOWLKES:  -- unfortunately, your Honor, a

5      hypothetical such as that or any sort of analogy is not

6      spot-on to the case at hand.  But in an attempt to

7      answer the logic there, that would be subject to some

8      sort of judicial review as is the case here.

9                  THE COURT:  Exactly right.  That is why we

10     are here; Judicial review of this term of employment,

11     which you are arguing is permissible by the

12     Commissioner -- by the Police Commissioner and is

13     reasonable --

14                 MS. FOWLKES:  Yes, your Honor.

15                 THE COURT:  -- under the circumstances.

16                 MS. FOWLKES:  Yes.  And, your Honor, I would

17     like to specifically point to the New York City Charter

18     Section 434 --

19                 THE COURT:  Okay.

20                 MS. FOWLKES:  -- which delegates authority to

21     the New York Police Department's Commissioner to have

22     control of the government, administration, disposition

23     and discipline of the department and the police force

24     of the department.

25                 And so specifically as to the argument that

Proceedings

1     the Commissioner was unable to promulgate or enforce

2     the order at issue here, the Section 434 states that

3     this is within the Commissioner's authority.

4               THE COURT:  Okay.

5               MS. FOWLKES:  And, your Honor, specifically

6     here, as stated before, petitioner is not being

7     compelled to succumb to a vaccine.  The petitioner is

8     being given a choice.

9               Now, essentially what the petitioner is

10    alleging is irreparable harm, for purposes of the

11    preliminary injunction, is that there is a loss of

12    employment.  And the loss of employment has been the

13    type of harm that is plainly repairable.  It can be

14    redressed through monetary damages.  And as compared to

15    what is the situation currently, that we are fighting

16    this public health issue, petitioner should not be able

17    to -- should not be allowed to pause a vaccine mandate

18    that is designed to cover the public health's

19    interests, to cover the public health issues here just

20    for their personal interests.

21              They -- if they are successful, they could be

22    redressed after the merits have been heard, after the

23    conclusion of this.  Loss of employment is not an

24    irreparable harm and, thus, should not be the reason

25    why the preliminary injunction is granted as to the

Proceedings

1      vaccine mandate.

2              THE COURT:  I understand that, without

3      question.  But as a matter of discretion, let's say,

4      what harm would there be to the defendants in this case

5      were the Court to issue a TRO?  And I am aware that's

6      not the standard, but I am just asking, what harm would

7      there be to the defendants in this case were the Court

8      to issue the TRO so that, in effect, the plaintiffs

9      such as Mr. Marciano and others similarly situated

10     could continue to litigate these matters without the

11     possibility of being without income, and all the

12     problems that would raise, including possible

13     foreclosure on their homes, their children -- of course

14     maybe I am exaggerating to make the point -- and their

15     wife and children to be homeless?  What would the harm

16     be to the City under those circumstances?

17             MS. FOWLKES:  Your Honor, the harm would be

18     that there would be nothing in place to at least

19     attempt to mitigate coronavirus COVID-19 infections.

20     If the City is unable to --

21             THE COURT:  So you are making my point that

22     what this effectively is, is strong-arming the

23     plaintiff and others to get the vaccine or face the

24     possibility of homelessness.

25             MS. FOWLKES:  Your Honor, we disagree, but

Proceedings

1     essentially if that is -- you know, if that is the

2     position you wish to take, absolutely.

3               THE COURT:  It's a reasonable perspective.

4               MS. FOWLKES:  Yes.

5               THE COURT:  Okay.

6               MS. FOWLKES:  But specifically here it is a

7     reasonable -- it's also reasonable for the Executive

8     Branch to create a term of employment, and the terms of

9     employment have been created time and again here,

10    specifically for municipal employees.  So this is

11    limited to municipal employees and it is not as for any

12    other private citizens or private entities.

13              THE COURT:  How does the reality that police

14    officers such as Mr. Marciano, detectives such as

15    Mr. Marciano are employed pursuant to a contract factor

16    into your argument?

17              MS. FOWLKES:  Your Honor, you are referring

18    to the collective bargaining agreement?

19              THE COURT:  Exactly.

20              MS. FOWLKES:  Yes.  So the Commissioner, the

21    NYPD Commissioner's order is, in effect, supplementing

22    the CBA, so the Commissioner, by the authority that was

23    promulgated to him, was the New York City Charter, is

24    able to supplement the terms of conditions here.  And

25    so with respect to the CBA, this -- as for the specific

Proceedings

1   terms that might be effected here, the Commissioner's
2   order would replace that.
3            THE COURT:  Are there any restrictions on the
4   terms of employment that can be added or modified by
5   the Police Commissioner, or is it anything he believes
6   in the best interests of the City and police department
7   is appropriate?
8            MS. FOWLKES:  Your Honor, the New York City
9   Charter has not specified, or lists any terms of
10  conditions that may be modified or that cannot be
11  modified.  But the Commissioner by his or her very
12  position would have the authority to decide those
13  issues if and when they arise.
14           THE COURT:  So there is no beginning point
15  and no ending point as to the Commissioner's authority
16  in that regard?
17           MS. FOWLKES:  No, your Honor.  There is
18  absolutely a beginning point in terms of the -- they
19  could not surpass what has been lawfully promulgated to
20  them.  But it's specific to the administration of the
21  police force, specific to the governance of the police
22  force.  And separate from whatever is at issue here --
23           THE COURT:  And you say that is not subject
24  to review?
25           MS. FOWLKES:  Your Honor, you mean --

Proceedings

1            THE COURT:  The terms of employment change.

2            MS. FOWLKES:  Presumably this could be

3    subject to Judicial review if they are being asked to.

4    But we submit, your Honor, that this is -- this has

5    been upheld by numerous courts.  And specifically as

6    for the New York Police Department's authority and the

7    order that he promulgated, this is not any different

8    from on the other orders as specific to the Fire

9    Department of New York, or to the Department of

10   Education.  And so those two have been affirmed

11   unanimously.

12            THE COURT:  By the 1st Department?

13            MS. FOWLKES:  Sorry?

14            THE COURT:  By the Appellate Division, 1st

15   Department?

16            MS. FOWLKES:  By the 2nd Department.

17            THE COURT:  Appellate Division, 1st

18   Department?

19            MS. FOWLKES:  I would have to --

20            THE COURT:  I don't think you will find any.

21            MS. FOWLKES:  Sorry?

22            THE COURT:  I don't think you will find any.

23            MS. FOWLKES:  So, your Honor, it's that the

24   Police --

25            THE COURT:  I understand the rules that I am

Proceedings

```
 1      bound by any Appellate Division whose already taken a

 2      position on it, and I will take that into

 3      consideration.

 4              MS. FOWLKES:  Thank you, your Honor.

 5              THE COURT:  Yes.

 6              MS. FOWLKES:  Is there -- does your Honor

 7      have --

 8              THE COURT:  May I look at my notes?  I think

 9      you'll concede it's an awful lot of material to absorb

10      in a week, particularly in view of all our busy

11      schedules.

12              All right.  The orders were issued by the

13      Department of Health.

14              MS. FOWLKES:  That's correct.

15              THE COURT:  Was it issued by the Board of the

16      Department of Health or just the Commissioner?

17              MS. FOWLKES:  The Commissioner, your Honor.

18              THE COURT:  Correct me if I am wrong, I may

19      have read the cases differently, but isn't there a

20      requirement for the Commissioner then to present the

21      matter to the Board for a full vote of that board?

22              MS. FOWLKES:  There is that requirement in

23      the statute but that requirement is not applicable

24      here.  What the Commissioner ordered here is something

25      that has already been promulgated to him, and that is
```

Proceedings

```
 1      the -- that's a measure regarding a communicable
 2      disease.
 3                  THE COURT:  That was promulgated to him by?
 4                  MS. FOWLKES:  By the New York City Charter,
 5      or more specifically, by the Administrative Code
 6      Section 17-109.
 7                  THE COURT:  Just as a thought, there seems to
 8      be an awful lot of run-arounds for the Executive to
 9      take to avoid certain statutory or legislative
10      requirements.  That obviously I will take a closer look
11      at.
12                  MS. FOWLKES:  If I may respond?
13                  THE COURT:  Sure.
14                  MS. FOWLKES:  The City is of the position
15      that this is not anything -- this is not skirting
16      around any sort of legislative policy making.  This is
17      rule making, which is -- it's what the legislature gave
18      to the agencies.  The legislature chose the end of
19      public healthcare and the means to promote that end by
20      empowering the agencies to add these necessary
21      directives or measures.  And here it's specific to
22      mitigate this threat of communicable diseases.
23                  So this is not -- this is not law making or
24      legislation creation, policy making, this is just
25      embracing the directives and the measures have been
```

Proceedings

1    lawfully promulgated by statute.

2              THE COURT:  Which would be -- which an

3    examiner of the various statutes may come to the

4    conclusion are inconsistent with other statutes

5    developed by the legislature.  For example, Public

6    Health Law 206 which clearly says -- it was mentioned

7    in Garcia, Public Health Law 206, "does not authorize

8    the mandatory vaccination of adults."

9              MS. FOWLKES:  Your Honor, we would submit

10   that specifically without trying to go into the

11   specifics of Garcia, I would have to brief you at a

12   later date, this specifically is not in contradiction

13   with any other statutes because this is specific to the

14   Executive Branch and specific to municipal employees as

15   is provided by the statutes that we've discussed.

16             THE COURT:  We are not dealing with the

17   general public, we are dealing with municipal employees

18   and, therefore, there is other criteria to be met.

19             MS. FOWLKES:  That's correct.

20             THE COURT:  All right.  I understand there

21   are a number of other matters pending addressing

22   similar or the same issues in this one in other courts,

23   correct?  One in particular, Justice Hagler of this

24   court, which has been put over to February.

25             MS. FOWLKES:  I would have to confirm.

Proceedings

1          THE COURT:  I only mention it because it
2     appears to me that it's going to take some time for
3     these cases to work their way through the trial and
4     perhaps Appellate process.
5          MS. FOWLKES:  Yes, your Honor.
6          THE COURT:  At the -- frankly, at the risk of
7     stating the obvious, I presume there are others
8     elsewhere.
9          Did you want to speak to your co-counsel?
10         MR. MENDEZ:  I just want to --
11         THE COURT:  Use the mic.
12         MR. MENDEZ:  I just want to share with the
13    Court, yes, the matter before Justice Hagler that was
14    brought by the Correction Officers Benevolent
15    Association has been put off to February.  There is
16    another matter tomorrow before Judge Frank on
17    preliminary injunction.  That is in a case brought by
18    the Police Benevolent Association, the union
19    representing the police officers.  And in that case the
20    union is challenging -- they claim not to be
21    challenging the mandate, though they actually are, but
22    they are focused on the reasonable accomodation process
23    that was offered to police officers.
24         THE COURT:  Which raises the question in this
25    case, which either counsel could address; why is the

Proceedings

1    reasonable accomodation standard not applicable to

2    Officer Marciano?  Or is it your position that there is

3    no possible way to reasonably accommodate someone that

4    hasn't been vaccinated?

5                MR. MENDEZ:  No, your Honor, he has requested

6    an accomodation.  That is pending with the NYPD.  No

7    decision has been met.  While that is pending he's not

8    on leave without pay.  He tests.  He can continue to

9    work until such time as that request is provided.

10               THE COURT:  Until such time as the hammer

11   comes down and the Commissioner says you are now

12   without pay, unless they come up with a reasonable

13   accomodation.

14               MR. MENDEZ:  That's correct, your Honor.

15               THE COURT:  All right.  I just want to make

16   sure I was seeing the obvious.

17               MR. MENDEZ:  Just briefly, your Honor, if I

18   may?

19               THE COURT:  Certainly.

20               MR. MENDEZ:  There's been a lot of talk about

21   Detective Marciano and, quote, unquote, other similarly

22   situated.  I just want to put before the Court there is

23   no record before the Court as to the individual

24   circumstances of any other officers.  There are no

25   affidavits, there is no testimony.  We don't even have

Proceedings

1    testimony from Detective Marciano.

2              So the assumption that as a result of the

3    imposition of the mandate the detective would

4    potentially lose his home and go homeless, that is not

5    a reasonable assumption based on this record, your

6    Honor.  It's not in the record.  They -- petitioner

7    made the record.

8              THE COURT:  I understand your position.

9    Sure.  For all we know Mr. Marciano could be

10   independently wealthy and in the end the proposition is

11   totally moot.  But we don't know that.

12             MR. MENDEZ:  That is as possible as some of

13   the other speculation that we could sit here and engage

14   in all day with the circumstances of thousands of other

15   police officers.  Without a proper record, counsel

16   doesn't have organizational standing like a union

17   potentially would to bring a claim on behalf of

18   similarly situated individuals.  There is one

19   petitioner.

20             THE COURT:  All right.  So, therefore, it's

21   your position that, at best, the caption is

22   inappropriate.

23             MR. MENDEZ:  That and --

24             THE COURT:  And --

25             MR. MENDEZ:  And any order issued by the

Proceedings

```
 1    Court should necessarily be limited to Detective
 2    Marciano because there is nobody else before --
 3              THE COURT:  Well, that may be an argument you
 4    may have to make in another court before another Judge
 5    or not.  I have not determined that yet.
 6              MR. MENDEZ:  We will just point out, we
 7    addressed the standing issue in the papers.
 8              THE COURT:  Sure.
 9              MR. MENDEZ:  There is only one petitioner
10    here.
11              THE COURT:  Right.  Very good.  Anything
12    further you wish to advise the Court, Ms. Fowlkes?
13              MS. FOWLKES:  Nothing else, your Honor.
14              THE COURT:  Okay.  Ms. Finn, would you like
15    to respond?
16              MS. FINN:  Yes.
17              THE COURT:  I thought so.  Okay.
18              (Brief pause.)
19              MS. FINN:  Thank you.  Your Honor, there is
20    indeed testimony on this record.  Detective Marciano
21    has given an affidavit.  And, quite frankly, and
22    respectfully, it doesn't matter if he's a millionaire
23    or if he is the poorest person in the world.  The fact
24    is that he has a 14th Amendment Due Process right to
25    the statutory protections that prohibit adult vaccine
```

Proceedings

1    mandates.  He voted in the election.  He voted for

2    legislatures that were in the position to engage in

3    fundamental medical decision-making, and the Court in

4    Boreali versus Axelrod specifically indicated in the

5    smoking ban, that it's -- it's an excess of power to

6    get involved with things involving fundamental medical

7    decision-making.

8        I mean, what could be more fundamental than

9    injecting someone with a substance they don't want

10   which could potentially injure them if they already

11   have natural immunity?  You are absolutely correct, all

12   of these police officers are being strong-armed.  And

13   the decision here is not about one police officer.  If

14   it's invalid to him, it's invalid to everybody.  And I

15   believe Garcia was a case also representative of others

16   individually situated, and that holding in Garcia

17   affected all children in numerous cases.

18       F.F. versus State of New York, the 2019

19   Fourth Department case challenging the repeal of the

20   religious exemption.  That was a vaccine mandate case

21   brought on behalf of all similarly situated.  So if it

22   violates Detective Marciano's rights, it violates

23   everybody.

24       And I would like to address one thing about

25   the temporary restraining order.  I find it remarkable

Proceedings

1    that the City actually claims that my client dragged
2    his heels when they have had this vaccine available for
3    over a year now.  What is the hubbub?  Another variant?
4    Another omicron?  These things are coming like
5    watershed.  You know what, the emergency is over.  We
6    have to learn to deal with it.  And the law, as you
7    absolutely pointed out, prohibits adult vaccine
8    mandates.  It's the City that dragged their heels here.
9    It's the City that is manufacturing an emergency.  If
10   they were so concerned about police officers, fireman,
11   sanitation workers, why didn't they do this last year?
12   I think that is an important point.
13           Further, Detective Marciano tried to obtain
14   anonymity.  I am not sure if you were aware of that.
15   That was declined in the ex-parte division.  And I
16   would respectfully ask that you allow me to reargue
17   that, because this case could end up to be another
18   Jacobson.  And my client is a modest man.  He's a
19   police detective.  He takes his job and family life
20   seriously.  And he doesn't want to be the poster case
21   for refusing vaccine mandates.  But the fact is, he is
22   not.
23           With respect to the litany of cases raised by
24   the City, I respectfully advise this Court that those
25   cases involve religious freedom, religious

Proceedings

1    accomodation, and whether or not this is a union

2    contract.  Our case is different.  There is no other

3    case out there.  We have challenged this on preemption

4    and separation of power and statutory construction.

5             And regarding DOH's authority, as again you

6    aptly pointed out, it's gratuitous.  Traditionally, the

7    authority of the Department of Health has been to

8    provide vaccine information.  Free vaccines.  Subway

9    signs.  There's never before been this type of mandate.

10   I mean, all over the world people are looking at New

11   York and wondering what is going on here.  The City is

12   crumbling under the weight of this.  But the fact is,

13   you could offer free vaccines, you could put a sign up

14   in the subway but you can't hold somebody down and

15   mandate them without legislative authority; and in the

16   extreme, a Judicial Order of quarentine would be

17   required under 2120.

18            My client has a Due Process right to the

19   statutory protections of the State's law, which

20   specifically limit adult vaccine mandates.

21            Thank you.

22            THE COURT:  Do you wish to be heard further?

23            MS. FOWLKES:  No, your Honor.

24            THE COURT:  Or Mr. Mendez?

25            MR. MENDEZ:  No, your Honor.

Proceedings

1          THE COURT:  I will take a ten minute recess

2     and we will be back.  I will review my notes here.

3          (Recess taken.)

4          COURT OFFICER:  All rise.

5          THE COURT:  Thank you.  Please be seated.

6          All right.  Thank you for your indulgence.

7     After hearing the arguments of both counsel and reading

8     the documents that have been submitted with all

9     appropriate references and exhibits, while the Court is

10    not unmindful of the precedent with respect to

11    temporary restraining orders, this Court at this time

12    grants the temporary restraining order in the interests

13    of equity and this Court's overarching power to

14    exercise the Court's inherent interest of justice

15    jurisdiction.  They attempted no prejudice asserted by

16    the municipal defendants that they will retain the

17    right to seek fiscal recovery in the event they

18    ultimately prevail.

19          Conversely, requiring the individual

20    first-responders to bear the financial difficulties

21    during the pendency of these matters is not only an

22    unjust burden, but perhaps more concerning, provides

23    the defendants with the ability to exercise their

24    financially strong opposition to coerce the

25    first-responders to succumb to the demands of the

Proceedings

1    Executive at the expense of losing their right to be

2    heard on the merits.

3         While a number of other judicial opinions on

4    the one hand recognize the sacrifices of our vaccinated

5    and unvaccinated first-responders during these

6    unprecedented times, such as the plaintiff in this

7    case, and on the other hand deny them the benefits of

8    their assured continued pay status while these matters

9    proceed through the courts, this Court will not adhere

10   to what this Court perceives as a most blatant

11   injustice and hindrance to the plaintiff's right to be

12   heard on the petition.

13        So, therefore, the temporary restraining

14   order is issued pending the determination of this

15   application.  Thank you all very much.

16        MS. FINN:  Thank you, Judge.

17        MR. MENDEZ:  Your Honor, if I may?

18        THE COURT:  How could I stop you?

19        MR. MENDEZ:  I would just ask the Court to

20   clarify as to whom the TRO is being issued, which

21   employees?  Are we talking all police officers?

22        THE COURT:  I presume your argument is only

23   Mr. Marciano; and the petitioner -- counsel on the

24   behalf of petitioner is arguing all police officers.

25   Court declines to clarify anything further.

49

                              Proceedings

1                    Thank you all very much.

2                  *         *         *         *

3                    Certified to be a true and accurate
         transcript of the stenographic minutes taken within.
4

5
                              ---------------------
6                             Tal R. Hahn,
                              Senior Court Reporter
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 1

**100** [1] - 1:21
**10007** [1] - 1:22
**10013** [1] - 1:12
**10954** [1] - 1:18
**14** [1] - 1:12
**14th** [1] - 43:24
**160914** [1] - 2:21
**160914/21** [1] - 1:5
**17-109** [4] - 28:5, 29:15, 29:17, 38:6
**19** [1] - 5:3
**1905** [1] - 20:9
**1st** [4] - 10:7, 36:12, 36:14, 36:17

## 2

**20.A** [2] - 20:2
**2000** [1] - 6:11
**2019** [1] - 44:18
**2020** [2] - 6:21, 21:8
**2021** [2] - 1:12, 2:21
**206** [3] - 9:11, 39:6, 39:7
**206(1)(I** [2] - 7:16, 21:12
**2120** [3] - 14:3, 21:19, 46:17
**22-A** [1] - 15:2
**25** [2] - 5:4, 7:11
**2nd** [8] - 7:18, 15:8, 17:12, 17:24, 18:16, 18:17, 20:3, 36:16

## 3

**3.01** [1] - 28:25
**3.01(c** [2] - 28:13, 28:19

## 4

**4** [1] - 1:18
**434** [2] - 31:18, 32:2

## 5

**556** [3] - 28:1, 29:13
**58** [1] - 1:18
**59** [1] - 1:18

## 8

**80** [1] - 1:11

## 9

**98.7** [2] - 16:12, 16:14

## A

**ability** [1] - 47:23
**able** [3] - 30:2, 32:16, 34:24
**abrogation** [1] - 28:13
**absolutely** [9] - 7:2, 9:23, 10:17, 19:12, 20:18, 34:2, 35:18, 44:11, 45:7
**absorb** [1] - 37:9
**accommodate** [1] - 41:3
**accomodation** [8] - 9:4, 24:17, 24:23, 40:22, 41:1, 41:6, 41:13, 46:1
**according** [1] - 16:12
**account** [1] - 8:19
**accurate** [1] - 49:3
**acquiesced** [1] - 23:3
**Act** [6] - 6:3, 6:4, 7:6, 9:10, 20:22, 21:11
**action** [1] - 3:24
**actors** [1] - 29:4
**Adams** [2] - 21:1
**add** [1] - 38:20
**added** [4] - 10:5, 25:14, 25:18, 35:4
**addition** [2] - 8:15, 18:15
**additional** [1] - 21:19
**additionally** [1] - 27:21
**address** [4] - 2:7, 4:8, 40:25, 44:24
**addressed** [3] - 23:13, 24:5, 43:7
**addressing** [3] - 2:8, 2:10, 39:21
**adhere** [1] - 48:9
**adjudicate** [1] - 20:13
**administration** [2] - 31:22, 35:20
**Administrative** [4] - 28:5, 29:13, 29:14, 38:5
**adopt** [1] - 28:8
**adult** [8] - 7:16, 8:2, 10:15, 10:18, 21:12, 43:25, 45:7, 46:20
**adults** [5] - 11:12, 12:1, 28:15, 28:21, 39:8
**advise** [2] - 43:12, 45:24
**affected** [2] - 14:13, 44:17
**affidavit** [1] - 43:21
**affidavits** [1] - 41:25

**affirmation** [1] - 7:11
**affirmed** [1] - 36:10
**afraid** [1] - 23:4
**afternoon** [3] - 2:24, 3:5, 3:7
**agencies** [1] - 19:22, 38:18, 38:20
**agreement** [1] - 34:18
**ain't** [1] - 16:20
**allegation** [1] - 4:9
**alleging** [1] - 32:10
**allow** [2] - 27:10, 45:16
**allowed** [2] - 7:4, 32:17
**allows** [1] - 7:14
**Amendment** [1] - 43:24
**analogy** [1] - 31:5
**AND** [1] - 1:7
**anonymity** [1] - 45:14
**answer** [2] - 23:17, 31:7
**ANTHONY** [1] - 1:2
**Anthony** [1] - 2:17
**anthrax** [2] - 6:6, 6:12
**antibodies** [1] - 16:2
**appealed** [1] - 17:24
**Appeals** [2] - 10:12, 12:4
**appearances** [1] - 2:22
**Appellate** [4] - 36:14, 36:17, 37:1, 40:4
**applicable** [2] - 37:23, 41:1
**application** [1] - 48:15
**applied** [3] - 11:10, 24:16, 24:18
**appropriate** [5] - 15:7, 18:9, 21:3, 35:7, 47:9
**approved** [3] - 3:21, 5:5, 5:23
**aptly** [1] - 46:6
**arbitrary** [1] - 15:11
**Archdiocese** [1] - 18:24
**argue** [1] - 11:16
**argued** [2] - 11:14, 18:19
**arguing** [2] - 31:11, 48:24
**argument** [5] - 8:24, 31:25, 34:16, 43:3, 48:22
**arguments** [2] - 23:14, 47:7
**arise** [1] - 35:13
**armed** [1] - 44:12

**arming** [2] - 26:2, 33:22
**arounds** [1] - 38:8
**arrested** [2] - 22:17
**aside** [2] - 15:19, 16:5
**asserted** [1] - 47:15
**assistant** [1] - 3:8
**Association** [2] - 40:15, 40:18
**assumption** [2] - 42:2, 42:5
**assured** [1] - 48:8
**attempt** [2] - 31:6, 33:19
**attempted** [1] - 47:15
**attention** [2] - 7:10, 8:4
**Attorney** [1] - 1:17
**Attorneys** [1] - 1:21
**August** [1] - 5:5
**authorities** [1] - 28:24
**authority** [46] - 3:22, 4:1, 4:9, 4:21, 4:23, 6:25, 9:23, 9:24, 10:10, 10:13, 10:21, 11:1, 11:3, 11:6, 11:8, 11:15, 11:25, 12:5, 12:6, 14:21, 14:24, 15:1, 15:17, 21:13, 26:21, 27:5, 27:11, 27:12, 27:16, 27:18, 27:23, 28:6, 28:8, 29:1, 29:4, 29:25, 31:20, 32:3, 34:22, 35:12, 35:15, 36:6, 46:5, 46:7, 46:15
**authorization** [2] - 4:11, 5:7
**authorizations** [1] - 6:1
**authorize** [1] - 39:7
**authorized** [4] - 6:5, 6:12, 7:12, 20:22
**autonomy** [1] - 8:10
**available** [12] - 5:10, 5:12, 5:15, 5:16, 5:24, 6:2, 6:22, 7:7, 20:24, 21:7, 21:8, 45:2
**avoid** [1] - 38:9
**avoiding** [1] - 19:18
**awaiting** [1] - 24:17
**aware** [4] - 21:21, 24:16, 33:5, 45:14
**awful** [2] - 37:9, 38:8
**Axelrod** [1] - 44:4

## B

**bad** [2] - 18:19, 23:6
**ban** [1] - 44:5
**bargaining** [4] - 9:6, 9:16, 9:19, 34:18
**based** [4] - 3:16, 17:21, 42:5
**basis** [1] - 9:15
**bat** [1] - 5:21
**battle** [2] - 8:20, 14:20
**bear** [1] - 47:20
**beast** [1] - 13:8
**became** [1] - 6:22
**begin** [3] - 2:6, 4:10, 14:24
**beginning** [2] - 35:14, 35:18
**behalf** [7] - 1:2, 2:18, 2:23, 3:3, 42:17, 44:21, 48:24
**believes** [1] - 35:5
**benefits** [1] - 48:7
**Benevolent** [2] - 40:14, 40:18
**best** [5] - 2:14, 4:15, 21:6, 35:6, 42:21
**between** [2] - 7:22, 10:18
**Biden** [2] - 6:17, 8:5
**big** [1] - 5:21
**Bill** [1] - 2:20
**BILL** [1] - 1:6
**bit** [1] - 9:3
**blanket** [1] - 22:3
**Blasio** [2] - 2:20, 20:25
**BLASIO** [1] - 1:6
**blatant** [1] - 48:10
**board** [1] - 37:21
**BOARD** [1] - 1:8
**Board** [22] - 10:2, 10:10, 10:13, 10:21, 11:19, 12:4, 12:7, 12:13, 12:25, 13:2, 13:3, 13:8, 13:9, 13:20, 13:21, 13:22, 15:6, 18:9, 21:16, 22:2, 37:15, 37:21
**bodily** [1] - 8:10
**boldly** [1] - 7:11
**Boreali** [1] - 44:4
**bottom** [2] - 6:8, 13:20
**bound** [1] - 37:1
**box** [1] - 2:14
**boy** [1] - 29:15
**brain** [1] - 19:6
**Branch** [5] - 26:21, 27:14, 27:20, 34:8,

39:14
**break** [1] - 18:7
**brief** [4] - 5:22, 29:16, 39:11, 43:18
**Brief** [3] - 4:19, 23:8, 23:12
**briefly** [1] - 41:17
**bring** [2] - 15:17, 42:17
**brings** [3] - 5:25, 8:25, 9:22
**Brooklyn** [2] - 18:3, 18:12
**brought** [9] - 9:4, 11:19, 24:6, 25:1, 27:24, 29:3, 40:14, 40:17, 44:21
**BST** [4] - 8:4, 8:6, 8:14, 22:4
**bucks** [1] - 19:6
**burden** [2] - 21:23, 47:22
**busy** [1] - 37:10
**button** [1] - 3:6
**BY** [1] - 1:22
**bypass** [1] - 8:11

**C**

**C.F** [4] - 7:19, 15:5, 15:9, 18:1
**C.F.** [1] - 18:17
**Candan** [1] - 18:23
**cannot** [6] - 6:14, 9:7, 9:8, 22:2, 22:5, 35:10
**Capacity** [3] - 1:7, 1:8, 1:8
**capricious** [1] - 15:11
**caption** [1] - 42:21
**care** [1] - 23:9
**carve** [1] - 10:16
**carve-out** [1] - 10:16
**case** [36] - 6:9, 6:11, 6:18, 7:1, 7:19, 9:5, 9:19, 10:4, 12:16, 12:18, 13:11, 15:5, 15:6, 16:18, 16:21, 18:11, 19:13, 20:10, 24:6, 27:7, 27:13, 31:6, 31:8, 33:4, 33:7, 40:17, 40:19, 40:25, 44:15, 44:19, 44:20, 45:17, 45:20, 46:2, 46:3, 48:7
**cases** [16] - 7:21, 9:3, 9:17, 15:25, 16:1, 16:9, 16:21, 17:20, 17:22, 21:21, 22:10, 37:19, 40:3, 44:17,

45:23, 45:25
**Catholic** [1] - 18:24
**cavity** [1] - 19:5
**CBA** [2] - 34:22, 34:25
**CDC** [4] - 15:14, 15:16, 15:19, 16:12
**Centre** [1] - 1:11
**certain** [2] - 3:18, 38:9
**certainly** [1] - 41:19
**Certified** [1] - 49:3
**challenged** [1] - 46:3
**challenging** [4] - 8:23, 40:20, 40:21, 44:19
**change** [1] - 36:1
**changed** [1] - 30:18
**Charter** [8] - 27:24, 27:25, 29:10, 29:13, 31:17, 34:23, 35:9, 38:4
**childhood** [3] - 7:22, 10:5, 12:5
**children** [10] - 5:18, 7:17, 10:14, 11:10, 16:1, 16:3, 16:7, 33:13, 33:15, 44:17
**CHOCKSHI** [1] - 1:7
**choice** [5] - 25:21, 30:1, 30:6, 30:9, 32:8
**choose** [1] - 30:7
**chose** [1] - 38:18
**Church** [1] - 1:21
**Circuit** [5] - 8:4, 8:14, 8:15, 22:5, 23:25
**circumstances** [8] - 11:15, 11:17, 11:25, 30:16, 31:15, 33:16, 41:24, 42:14
**cited** [5] - 15:1, 27:13, 28:24, 28:25, 29:25
**citing** [1] - 29:2
**citizens** [2] - 30:4, 31:5
**City** [32] - 2:20, 3:9, 5:3, 5:4, 7:1, 10:3, 14:19, 15:4, 21:13, 26:14, 27:7, 27:24, 27:25, 28:3, 28:4, 29:10, 29:13, 29:14, 31:17, 33:16, 33:20, 34:23, 35:6, 35:8, 38:4, 38:14, 45:1, 45:8, 45:9, 45:24, 46:11
**CITY** [4] - 1:6, 1:8, 1:9, 1:20
**city** [2] - 30:4, 30:5
**City's** [1] - 9:2
**civil** [1] - 3:18
**Civil** [1] - 2:2

**claim** [2] - 40:20, 42:17
**claims** [1] - 45:1
**clarify** [2] - 48:20, 48:25
**clear** [4] - 8:19, 9:20, 22:5, 29:23
**clearly** [4] - 6:13, 8:2, 22:14, 39:6
**client** [4] - 14:8, 45:1, 45:18, 46:18
**closer** [1] - 38:10
**co** [1] - 40:9
**co-counsel** [1] - 40:9
**Code** [9] - 28:5, 28:13, 28:14, 28:19, 28:20, 28:25, 29:13, 29:14, 38:5
**coerce** [1] - 47:24
**Coleman** [2] - 27:14, 27:17
**collective** [3] - 9:6, 9:19, 34:18
**colloquial** [1] - 26:2
**Colon** [1] - 16:17
**color** [1] - 7:8
**comfortable** [1] - 2:9
**coming** [2] - 22:18, 45:4
**Comirnaty** [8] - 5:9, 5:12, 5:15, 5:23, 7:7, 20:23, 21:5
**COMMISSIONER** [2] - 1:7, 1:8
**Commissioner** [24] - 3:25, 4:1, 9:25, 11:15, 11:17, 11:23, 13:10, 13:13, 21:17, 29:6, 30:22, 31:12, 31:21, 32:1, 34:20, 34:22, 35:5, 35:11, 37:16, 37:17, 37:20, 37:24, 41:11
**Commissioner's** [6] - 24:7, 24:8, 32:3, 34:21, 35:1, 35:15
**communicable** [3] - 28:3, 38:1, 38:22
**communities** [2] - 18:4, 18:5
**comorbidities** [1] - 16:4
**companies** [1] - 22:20
**company** [1] - 5:21
**compared** [1] - 32:14
**compelled** [1] - 32:7
**compelling** [1] - 25:4
**compensation** [1] - 7:24
**completely** [2] - 15:5,

21:6
**comply** [5] - 25:7, 26:6, 26:9, 27:2, 30:6
**concede** [1] - 37:9
**concentrations** [1] - 18:3
**concerned** [1] - 45:10
**concerning** [1] - 47:22
**conclusion** [3] - 22:25, 32:23, 39:4
**condition** [1] - 30:2
**conditions** [3] - 25:15, 34:24, 35:10
**confirm** [2] - 12:21, 39:25
**confusing** [1] - 5:6
**Congress** [4] - 4:25, 6:7, 7:5, 20:21
**consent** [2] - 3:19, 5:1
**consideration** [1] - 37:3
**constitute** [1] - 17:3
**constitution** [1] - 3:18
**constitutional** [1] - 9:20
**constitutionally** [1] - 4:2
**construction** [3] - 8:25, 9:15, 46:4
**contact** [2] - 7:1, 7:14
**continue** [3] - 11:20, 33:10, 41:8
**continued** [1] - 48:8
**contract** [5] - 4:3, 9:7, 9:9, 34:15, 46:2
**contradiction** [1] - 39:12
**contradicts** [1] - 24:11
**control** [1] - 31:22
**conversely** [1] - 47:19
**convert** [2] - 8:12, 22:6
**convoluted** [1] - 5:6
**coronavirus** [5] - 6:23, 7:5, 7:13, 9:11, 33:19
**Corporation** [1] - 10:25
**CORPORATION** [1] - 1:20
**corporation** [1] - 3:8
**correct** [12] - 24:21, 25:16, 25:25, 26:11, 26:12, 29:20, 37:14, 37:18, 39:19, 39:23, 41:14, 44:11
**corrected** [1] - 3:15
**Correction** [1] - 40:14
**corresponding** [1] -

12:6
**Cosmetic** [6] - 6:3, 6:4, 7:6, 9:10, 20:22, 21:11
**Counsel** [1] - 10:25
**COUNSEL** [1] - 1:20
**counsel** [11] - 2:6, 2:10, 3:8, 24:4, 27:13, 40:9, 40:25, 42:15, 47:7, 48:23
**counterparts** [1] - 18:12
**COUNTY** [1] - 1:1
**county** [1] - 17:22
**County** [3] - 1:11, 17:12, 18:2
**couple** [2] - 6:21, 15:15
**course** [6] - 3:13, 9:21, 11:2, 11:16, 30:18, 33:13
**court** [9] - 2:15, 5:19, 6:17, 7:23, 7:24, 15:10, 39:24, 43:4, 48:25
**COURT** [105] - 1:1, 2:1, 2:5, 2:25, 3:3, 3:6, 3:12, 4:7, 4:14, 4:17, 10:20, 10:24, 11:6, 11:12, 11:14, 11:22, 12:11, 12:14, 12:16, 12:18, 12:20, 13:2, 13:6, 13:9, 13:13, 14:22, 16:23, 17:1, 17:8, 17:14, 20:18, 23:9, 24:12, 24:20, 24:24, 25:9, 25:13, 25:23, 26:1, 26:5, 26:13, 26:17, 26:23, 27:5, 28:10, 28:18, 29:7, 29:11, 29:17, 30:9, 30:17, 30:21, 31:3, 31:9, 31:15, 31:19, 32:4, 33:2, 33:21, 34:3, 34:5, 34:13, 34:19, 35:3, 35:14, 35:23, 36:1, 36:12, 36:14, 36:17, 36:20, 36:22, 36:25, 37:5, 37:8, 37:15, 37:18, 38:3, 38:7, 38:13, 39:2, 39:16, 39:20, 40:1, 40:6, 40:11, 40:24, 41:10, 41:15, 41:19, 42:8, 42:20, 42:24, 43:3, 43:8, 43:11, 43:14, 43:17, 46:22, 46:24, 47:1, 47:4, 47:5, 48:18, 48:22

**Court** [42] - 1:11, 1:13, 1:25, 2:1, 2:7, 2:8, 2:10, 2:11, 3:12, 3:14, 6:10, 6:13, 10:2, 10:4, 10:6, 10:12, 12:3, 18:16, 18:22, 19:23, 20:11, 20:12, 21:20, 21:24, 22:5, 22:19, 33:5, 33:7, 40:13, 41:22, 41:23, 43:1, 43:12, 44:3, 45:24, 47:9, 47:11, 48:9, 48:10, 48:19, 49:6
**Court's** [6] - 7:10, 8:3, 8:6, 24:1, 47:13, 47:14
**courts** [4] - 23:24, 36:5, 39:22, 48:9
**Courts** [2] - 14:21, 22:9
**cover** [2] - 32:18, 32:19
**COVID** [9] - 14:9, 14:12, 16:2, 16:6, 16:7, 19:11, 20:5, 22:13
**COVID-19** [2] - 17:5, 33:19
**create** [1] - 34:8
**created** [2] - 27:21, 34:9
**creation** [1] - 38:24
**criteria** [4] - 16:23, 17:1, 17:9, 39:18
**cruel** [2] - 20:13, 20:15
**crumbling** [1] - 46:12
**crystal** [1] - 22:5
**Cuomo** [1] - 18:25
**current** [1] - 25:14

**D**

**D.C** [1] - 6:10
**damage** [1] - 21:4
**damages** [1] - 32:14
**danger** [1] - 19:23
**data** [3] - 16:6, 17:21, 17:22
**date** [1] - 39:12
**DAVE** [1] - 1:7
**days** [1] - 11:20
**De** [2] - 2:20, 20:25
**DE** [1] - 1:6
**deal** [1] - 45:6
**dealing** [2] - 39:16, 39:17
**death** [1] - 15:21
**deaths** [1] - 16:6

**December** [3] - 1:12, 6:20, 21:7
**decide** [2] - 30:23, 35:12
**decision** [9] - 8:10, 8:12, 9:17, 24:1, 24:17, 41:7, 44:3, 44:7, 44:13
**Decision** [1] - 8:4
**decision-making** [4] - 8:10, 8:12, 44:3, 44:7
**declare** [1] - 16:19
**declared** [2] - 15:6, 18:10
**declares** [1] - 7:11
**declined** [1] - 45:15
**declines** [1] - 48:25
**decrease** [1] - 16:8
**defendant/ respondents** [1] - 3:4
**defendants** [5] - 3:14, 33:4, 33:7, 47:16, 47:23
**Defendants/ Respondents** [2] - 1:10, 1:21
**defined** [2] - 16:16, 22:14
**defines** [2] - 15:3, 20:2
**definitely** [1] - 5:13
**definition** [3] - 15:3, 17:18, 20:9
**delay** [1] - 24:10
**delegated** [3] - 29:3, 29:5, 29:8
**delegates** [2] - 28:6, 31:20
**delivery** [1] - 22:19
**delta** [1] - 15:24
**demanded** [1] - 13:25
**demands** [1] - 47:25
**demonstrate** [2] - 14:4, 14:5
**deny** [1] - 48:7
**Department** [29] - 3:25, 7:1, 7:19, 10:1, 10:8, 11:2, 11:24, 15:8, 17:13, 17:24, 18:8, 18:16, 18:17, 20:3, 21:24, 27:8, 27:22, 28:18, 30:22, 36:9, 36:12, 36:15, 36:16, 36:18, 37:13, 37:16, 44:19, 46:7
**DEPARTMENT** [1] - 1:20
**department** [4] -

22:18, 31:23, 31:24, 35:6
**Department's** [2] - 31:21, 36:6
**DERMOT** [1] - 1:8
**described** [1] - 27:14
**designed** [1] - 32:18
**Detective** [5] - 41:21, 42:1, 43:1, 44:22, 45:13
**detective** [3] - 42:3, 43:20, 45:19
**detectives** [1] - 34:14
**determination** [5] - 3:23, 8:11, 17:15, 20:3, 48:14
**determined** [3] - 13:23, 21:18, 43:5
**develop** [1] - 19:15
**developed** [1] - 39:5
**developing** [1] - 17:9
**developments** [1] - 25:18
**difference** [2] - 7:22, 10:18
**different** [10] - 7:8, 10:8, 12:3, 15:5, 24:2, 26:17, 26:20, 31:3, 36:7, 46:2
**differential** [1] - 14:21
**differently** [1] - 37:19
**difficulties** [1] - 47:20
**diminish** [1] - 14:12
**direct** [3] - 9:24, 9:25, 12:1
**directed** [1] - 10:25
**directive** [2] - 26:24, 27:4
**directives** [2] - 38:21, 38:25
**disagree** [1] - 33:25
**disaster** [4] - 15:3, 16:16, 20:2, 23:6
**discipline** [1] - 31:23
**discretion** [1] - 33:3
**discuss** [1] - 26:7
**discussed** [1] - 39:15
**disease** [1] - 18:23
**diseases** [3] - 15:22, 28:4, 38:22
**disingenuous** [1] - 5:11
**disposition** [1] - 31:22
**distinction** [1] - 10:1
**distributed** [2] - 7:10, 24:8
**District** [1] - 6:10
**disturbed** [1] - 17:25
**division** [1] - 45:15
**Division** [3] - 36:14,

36:17, 37:1
**docket** [1] - 5:3
**document** [1] - 14:15
**documents** [2] - 5:2, 47:8
**Doe** [1] - 18:23
**DOH** [1] - 28:12
**DOH's** [1] - 46:5
**DOHMH** [5] - 28:1, 28:6, 28:8, 29:5, 29:25
**dollar** [1] - 19:3
**dollars** [2] - 19:8, 26:14
**done** [3] - 12:16, 12:18, 22:1
**doubt** [2] - 19:7, 23:1
**down** [6] - 6:16, 6:17, 8:5, 10:6, 22:20, 25:5, 41:11, 46:14
**drag** [1] - 14:19
**dragged** [2] - 45:1, 45:8
**draw** [2] - 7:10, 8:3
**dreaded** [1] - 14:1
**Drug** [3] - 6:2, 20:21, 21:11
**drug** [2] - 6:5, 6:6
**drugs** [2] - 6:8, 20:22
**Due** [3] - 3:20, 43:24, 46:18
**during** [3] - 30:18, 47:21, 48:5
**duty** [2] - 20:11, 20:12

**E**

**East** [1] - 1:18
**EAU** [3] - 5:12, 21:7, 21:8
**ecosystem** [1] - 19:14
**Ed** [1] - 10:10
**Education** [1] - 36:10
**effect** [4] - 25:10, 26:17, 33:8, 34:21
**effected** [1] - 35:1
**effecting** [1] - 28:2
**effectively** [2] - 26:19, 33:22
**efficacy** [1] - 8:23
**eighty** [1] - 22:25
**either** [4] - 13:24, 30:6, 40:25
**election** [1] - 44:1
**elsewhere** [1] - 40:8
**embracing** [1] - 38:25
**emergency** [21] - 5:7, 6:1, 6:4, 6:6, 6:8, 6:12, 6:21, 6:24, 7:25, 11:18, 14:1,

15:13, 15:14, 16:19, 17:3, 17:10, 17:16, 19:25, 20:22, 45:5, 45:9
**emergent** [1] - 25:14
**emphasize** [1] - 10:14
**employed** [3] - 25:11, 27:7, 34:15
**employee** [1] - 4:22
**employees** [15] - 24:9, 25:7, 25:20, 26:6, 27:2, 27:19, 27:20, 30:1, 30:3, 30:5, 34:10, 34:11, 39:14, 39:17, 48:21
**employment** [25] - 8:13, 22:6, 25:8, 25:9, 25:13, 25:17, 25:21, 25:22, 27:3, 27:6, 30:12, 30:15, 30:17, 30:19, 30:23, 30:25, 31:10, 32:12, 32:23, 34:8, 34:9, 35:4, 36:1
**empowering** [1] - 38:20
**empowers** [1] - 28:1
**enact** [1] - 15:13
**end** [4] - 38:18, 38:19, 42:10, 45:17
**ending** [1] - 35:15
**enforce** [2] - 4:2, 32:1
**engage** [2] - 42:13, 44:2
**entities** [2] - 27:15, 34:12
**entry** [1] - 5:3
**epidemic** [6] - 15:4, 16:15, 17:23, 19:25, 20:2, 20:6
**equity** [1] - 47:13
**ESQ** [3] - 1:17, 1:22, 1:23
**essentially** [6] - 3:16, 4:4, 27:1, 30:1, 32:9, 34:1
**establish** [3] - 14:23, 21:24, 27:6
**establishes** [1] - 17:9
**estimation** [1] - 30:10
**EUGENIA** [1] - 1:22
**Eugenia** [1] - 3:8
**Europe** [1] - 5:16
**event** [1] - 47:17
**ex** [1] - 45:15
**Ex** [1] - 22:18
**ex-parte** [1] - 45:15
**exactly** [4] - 8:7, 8:13, 31:9, 34:19
**exaggerated** [1] -

14:16
**exaggerating** [1] - 33:14
**examiner** [1] - 39:3
**example** [1] - 39:5
**excellent** [2] - 17:4, 18:21
**exception** [1] - 7:17
**excess** [1] - 44:5
**exchange** [1] - 19:15
**excludes** [1] - 10:15
**exclusive** [1] - 29:1
**Executive** [14] - 15:1, 15:2, 15:13, 16:16, 17:18, 19:21, 20:1, 26:21, 27:14, 27:19, 34:7, 38:8, 39:14, 48:1
**exemption** [1] - 44:20
**exercise** [2] - 47:14, 47:23
**exhaustively** [1] - 7:18
**exhibits** [1] - 47:9
**existence** [1] - 24:5
**expense** [1] - 48:1
**experience** [1] - 16:2
**expert** [1] - 17:15
**experts** [2] - 8:20, 14:20
**explain** [1] - 12:24
**explained** [2] - 7:13, 10:17
**expressed** [1] - 21:2
**extent** [1] - 23:16
**extreme** [1] - 46:16

## F

**F.F** [1] - 44:18
**face** [2] - 25:23, 33:23
**faced** [1] - 19:2
**facing** [1] - 19:3
**fact** [8] - 5:7, 11:17, 14:18, 15:20, 16:7, 43:23, 45:21, 46:12
**factor** [2] - 28:21, 34:15
**facts** [1] - 12:22
**false** [1] - 21:6
**familiar** [1] - 10:3
**family** [1] - 45:19
**fatalities** [2] - 16:24, 17:2
**fatality** [3] - 16:11, 16:22, 19:12
**FDA** [3] - 5:6, 5:23, 6:3
**February** [2] - 39:24, 40:15
**Fed** [1] - 22:18
**Fed-Ex** [1] - 22:18

**Federal** [2] - 6:7, 22:9
**few** [4] - 16:2, 19:7, 25:19, 26:7
**Fifth** [4] - 8:4, 8:14, 8:15, 22:4
**fighting** [1] - 32:15
**finally** [1] - 21:16
**financial** [1] - 47:20
**financially** [1] - 47:24
**fine** [1] - 19:3
**FINN** [33] - 1:17, 2:24, 3:1, 4:6, 4:13, 4:16, 4:18, 4:20, 10:23, 11:5, 11:10, 11:13, 11:21, 12:2, 12:13, 12:15, 12:17, 12:19, 12:23, 13:5, 13:7, 13:12, 13:15, 14:25, 16:25, 17:4, 17:11, 17:17, 20:19, 43:16, 43:19, 48:16
**Finn** [5] - 3:1, 4:4, 14:23, 15:15, 43:14
**Fire** [1] - 36:8
**fireman** [1] - 45:10
**first** [8] - 14:23, 24:6, 26:8, 28:17, 29:9, 47:20, 47:25, 48:5
**first-responders** [3] - 47:20, 47:25, 48:5
**fiscal** [1] - 47:17
**fit** [1] - 30:25
**five** [4] - 11:20, 19:3, 19:6, 19:7
**flip** [1] - 30:21
**Florida** [1] - 6:17
**flu** [2] - 10:5, 10:14
**focused** [1] - 40:22
**follow** [2] - 21:22, 26:24
**Food** [4] - 6:2, 9:10, 20:21, 21:10
**foot** [1] - 30:24
**force** [3] - 31:23, 35:21, 35:22
**forced** [1] - 25:2
**forcing** [1] - 25:5
**foreclosure** [1] - 33:13
**foresaw** [1] - 19:9
**formal** [1] - 23:17
**four** [1] - 14:18
**Fourth** [1] - 44:19
**fowlkes** [2] - 23:9, 43:12
**FOWLKES** [59] - 1:22, 3:5, 3:7, 23:10, 23:13, 24:15, 24:21, 24:25, 25:12, 25:16, 25:25, 26:3, 26:12, 26:16, 26:19, 27:1,

27:10, 28:16, 28:23, 29:9, 29:12, 29:20, 30:11, 30:20, 31:2, 31:4, 31:14, 31:16, 31:20, 32:5, 33:17, 33:25, 34:4, 34:6, 34:17, 34:20, 35:8, 35:17, 35:25, 36:2, 36:13, 36:16, 36:19, 36:21, 36:23, 37:4, 37:6, 37:14, 37:17, 37:22, 38:4, 38:12, 38:14, 39:9, 39:19, 39:25, 40:5, 43:13, 46:23
**Fowlkes** [1] - 3:8
**FRANK** [1] - 1:13
**Frank** [2] - 2:3, 40:16
**frankly** [2] - 40:6, 43:21
**free** [3] - 5:17, 46:8, 46:13
**freedom** [1] - 45:25
**front** [1] - 19:1
**full** [1] - 37:21
**fundamental** [5] - 8:9, 9:11, 44:3, 44:6, 44:8
**fundamentally** [1] - 9:8
**furthermore** [1] - 28:4

## G

**Garcia** [9] - 10:3, 10:16, 10:17, 12:3, 21:13, 39:7, 39:11, 44:15, 44:16
**general** [2] - 28:7, 39:17
**generally** [1] - 27:19
**Germany** [1] - 15:18
**given** [4] - 5:18, 6:25, 32:8, 43:21
**glories** [1] - 8:22
**Gorsuch** [2] - 18:23, 18:25
**governance** [1] - 35:21
**government** [4] - 5:20, 14:19, 17:21, 31:22
**Governor** [1] - 21:17
**grant** [1] - 23:25
**granted** [1] - 32:25
**granting** [1] - 23:21
**grants** [1] - 47:12
**gratuitous** [3] - 28:7, 29:22, 46:6
**gratuitously** [1] - 29:18

**grave** [1] - 19:23
**grounds** [1] - 10:8
**guidance** [1] - 21:22
**guy** [2] - 22:18, 22:19

## H

**Hagler** [2] - 39:23, 40:13
**Hahn** [2] - 1:25, 49:6
**half** [1] - 8:20
**hammer** [1] - 41:10
**hand** [3] - 31:6, 48:4, 48:7
**happy** [1] - 23:17
**harm** [1] - 19:18, 24:5, 24:11, 25:1, 32:10, 32:13, 32:24, 33:4, 33:6, 33:15, 33:17
**Hasidic** [1] - 18:3
**Health** [45] - 6:25, 7:16, 9:11, 10:1, 10:2, 10:13, 10:15, 10:18, 10:21, 11:2, 11:24, 11:25, 12:4, 12:7, 12:13, 12:25, 13:3, 13:8, 13:9, 13:10, 13:14, 13:20, 13:21, 13:23, 14:3, 15:7, 18:8, 18:9, 21:16, 21:19, 21:23, 22:2, 27:22, 28:13, 28:14, 28:19, 28:20, 28:25, 37:13, 37:16, 39:6, 39:7, 46:7
**HEALTH** [2] - 1:7, 1:9
**health** [7] - 8:9, 8:12, 14:21, 22:6, 28:3, 32:16, 32:19
**health's** [1] - 32:18
**healthcare** [2] - 17:7, 38:19
**hear** [1] - 2:25
**heard** [6] - 2:12, 26:14, 32:22, 46:22, 48:2, 48:12
**hearing** [3] - 12:9, 12:11, 47:7
**heck** [1] - 21:11
**heels** [2] - 45:2, 45:8
**held** [4] - 15:8, 17:19, 20:11, 20:12
**hermetically** [1] - 2:13
**higher** [1] - 20:4
**highly** [2] - 8:6, 23:1
**hindrance** [1] - 48:11
**hold** [1] - 46:14
**holding** [3] - 18:22, 25:5, 44:16

**Holdings** [1] - 8:5
**home** [1] - 42:4
**homeless** [2] - 33:15, 42:4
**homelessness** [1] - 33:24
**homes** [1] - 33:13
**Honor** [60] - 2:24, 3:10, 4:6, 4:20, 12:24, 14:11, 14:25, 15:18, 15:25, 16:13, 16:21, 17:17, 18:14, 18:24, 20:19, 23:3, 23:5, 23:10, 23:13, 24:15, 25:12, 25:16, 25:18, 25:25, 26:3, 26:12, 27:1, 27:10, 28:16, 28:23, 29:20, 30:11, 30:20, 31:2, 31:4, 31:14, 31:16, 32:5, 33:17, 33:25, 34:17, 35:8, 35:17, 35:25, 36:4, 36:23, 37:4, 37:6, 37:17, 39:9, 40:5, 41:5, 41:14, 41:17, 42:6, 43:13, 43:19, 46:23, 46:25, 48:17
**honorable** [1] - 2:3
**horse** [1] - 7:8
**hospital** [1] - 17:5
**hospitalizations** [1] - 17:3
**hubbub** [1] - 45:3
**hundred** [3] - 14:16, 22:21, 26:14
**Hygiene** [4] - 11:24, 13:10, 13:14, 27:22
**HYGIENE** [1] - 1:7
**hypothetical** [1] - 31:5
**hysterical** [1] - 14:16

## I

**I.R.O.A.R** [2] - 16:17, 27:13
**ignore** [1] - 28:19
**ill** [1] - 21:21
**illegal** [2] - 9:8, 9:9
**illness** [1] - 16:8
**illnesses** [2] - 16:5, 17:2
**illustrative** [2] - 6:9, 10:17
**immunity** [5] - 8:19, 14:8, 19:15, 22:8, 44:11
**immunization** [2] - 28:15, 28:21
**imperils** [2] - 19:24,

23:6
**important** [5] - 9:16, 10:1, 14:4, 29:23, 45:12
**impose** [3] - 3:23, 13:24, 19:22
**imposed** [1] - 19:20
**imposes** [1] - 9:9
**imposition** [1] - 42:3
**in-break** [1] - 18:7
**inability** [2] - 9:18, 16:6
**inappropriate** [1] - 42:22
**incentive** [1] - 26:11
**incentives** [1] - 26:13
**include** [2] - 22:8, 27:20
**includes** [1] - 15:4
**including** [2] - 28:3, 33:12
**inclusive** [4] - 8:16, 8:17, 22:16, 22:21
**income** [2] - 26:25, 33:11
**inconsistent** [1] - 39:4
**incorrect** [1] - 5:5
**increase** [1] - 14:17
**indeed** [3] - 4:21, 5:5, 43:20
**independently** [1] - 42:10
**Index** [2] - 1:5, 2:21
**indicated** [2] - 6:13, 44:4
**indicates** [1] - 5:4
**individual** [3] - 21:18, 41:23, 47:19
**individually** [2] - 2:18, 44:16
**Individually** [1] - 1:2
**individuals** [3] - 1:3, 2:18, 42:18
**indulgence** [1] - 47:6
**infected** [3] - 14:7, 21:25, 22:10
**infection** [6] - 14:7, 16:11, 16:22, 19:12, 20:4, 21:25
**infections** [1] - 33:19
**information** [1] - 46:8
**informed** [2] - 3:19, 5:1
**inherent** [1] - 47:14
**injecting** [1] - 44:9
**injunction** [6] - 23:22, 24:1, 24:4, 32:11, 32:25, 40:17
**injure** [1] - 44:10
**injured** [3] - 5:19,

7:23, 16:3
**injury** [1] - 19:5
**injustice** [1] - 48:11
**inmates** [1] - 22:10
**instance** [1] - 10:11
**instead** [1] - 13:8
**insufficient** [2] - 17:7
**intentionally** [1] - 18:5
**interest** [1] - 47:14
**interesting** [1] - 10:4
**interests** [4] - 32:19, 32:20, 35:6, 47:12
**interpreting** [1] - 21:14
**interrupting** [1] - 24:12
**invalid** [1] - 44:14
**invasion** [1] - 19:10
**invasive** [1] - 19:4
**involve** [1] - 45:25
**involved** [3] - 10:5, 22:23, 44:6
**involves** [1] - 8:9
**involving** [2] - 6:11, 44:6
**irreparable** [5] - 24:5, 24:11, 24:25, 32:10, 32:24
**issue** [22] - 4:1, 4:9, 5:1, 7:18, 9:6, 11:3, 11:9, 11:18, 12:23, 13:3, 14:24, 15:10, 22:24, 23:20, 27:15, 32:2, 32:16, 33:5, 33:8, 35:22, 43:7
**issued** [12] - 3:17, 5:6, 11:4, 11:9, 13:3, 26:9, 37:12, 37:15, 42:25, 48:14, 48:20
**issues** [3] - 32:19, 35:13, 39:22
**IVAN** [1] - 1:23
**Ivan** [1] - 3:10

**J**

**Jacobson** [8] - 18:18, 18:21, 18:25, 19:2, 19:9, 19:20, 20:10, 45:18
**jacobson** [1] - 19:17
**job** [4] - 18:12, 19:4, 30:7, 45:19
**jobs** [1] - 23:4
**joined** [1] - 30:14
**JR** [1] - 1:23
**Judge** [9] - 16:17, 17:19, 17:25, 20:3, 27:14, 27:17, 40:16, 43:4, 48:16

**Judicial** [3] - 31:10, 36:3, 46:16
**judicial** [2] - 14:6, 31:8, 48:3
**jurisdiction** [2] - 28:2, 47:15
**Justice** [5] - 1:13, 18:22, 18:25, 39:23, 40:13
**justice** [1] - 47:14

**K**

**keep** [1] - 6:15
**kindly** [2] - 2:11, 26:24
**Knipel** [1] - 18:1
**knowing** [1] - 30:25
**knowledge** [1] - 21:6
**knows** [1] - 15:22

**L**

**label** [1] - 6:14
**lack** [3] - 4:23, 10:21, 13:16
**landmark** [1] - 20:10
**language** [3] - 8:6, 19:24, 20:14
**larger** [1] - 22:20
**last** [5] - 5:2, 8:21, 23:15, 25:19, 45:11
**Law** [15] - 6:7, 7:16, 9:11, 10:15, 10:18, 14:3, 15:1, 15:2, 15:13, 16:16, 17:19, 20:1, 21:19, 39:6, 39:7
**LAW** [1] - 1:20
**law** [7] - 6:20, 12:25, 18:19, 38:23, 45:6, 46:19
**lawful** [3] - 18:2, 27:3, 29:24
**lawfully** [2] - 35:19, 39:1
**lawyer** [1] - 18:20
**lawyers** [1] - 18:18
**learn** [1] - 45:6
**least** [3] - 14:10, 22:1, 33:18
**leave** [9] - 2:11, 13:18, 23:2, 24:13, 24:19, 24:22, 25:24, 26:10, 41:8
**legal** [3] - 8:24, 20:8, 22:15
**legislation** [5] - 6:23, 7:5, 7:13, 9:11, 38:24
**legislative** [8] - 4:11,

4:23, 8:11, 13:16, 29:3, 38:9, 38:16, 46:15
**legislatively** [1] - 29:2
**legislature** [10] - 3:24, 6:22, 6:25, 19:21, 19:22, 21:9, 29:8, 38:17, 38:18, 39:5
**legislatures** [1] - 44:2
**level** [4] - 16:15, 17:23, 20:5, 23:5
**liability** [2] - 5:14, 5:17
**liability-free** [1] - 5:17
**life** [1] - 45:19
**light** [1] - 30:15
**likely** [1] - 5:13
**limit** [1] - 46:20
**limited** [2] - 34:11, 43:1
**limiting** [1] - 16:23, 17:1
**line** [3] - 6:8, 6:18, 13:20
**lists** [1] - 35:9
**litany** [1] - 45:23
**litigate** [1] - 33:10
**litigated** [2] - 7:18, 23:23
**local** [1] - 21:23
**logic** [1] - 31:7
**look** [7] - 6:3, 14:15, 15:2, 15:19, 16:11, 37:8, 38:10
**looking** [1] - 46:10
**lose** [1] - 42:4
**losing** [3] - 19:3, 23:4, 48:1
**loss** [3] - 32:11, 32:12, 32:23

**M**

**magistrate** [1] - 14:2
**mailman** [1] - 22:17
**majority** [1] - 23:3
**man** [1] - 45:18
**mandate** [51] - 4:22, 6:14, 6:17, 6:24, 7:2, 7:3, 7:4, 7:17, 8:2, 8:5, 8:9, 8:12, 8:13, 8:17, 9:7, 9:9, 10:5, 10:19, 11:3, 11:9, 11:18, 13:4, 13:25, 18:1, 19:4, 19:10, 19:18, 19:19, 19:23, 20:13, 21:9, 22:3, 22:6, 22:7, 22:15, 23:20, 23:22, 25:3, 25:6, 25:19, 26:7, 30:8, 32:17, 33:1,

40:21, 42:3, 44:20, 46:9, 46:15
**mandated** [3] - 6:11, 6:12, 20:23
**mandates** [11] - 3:23, 6:7, 6:16, 10:15, 19:8, 21:2, 22:20, 44:1, 45:8, 45:21, 46:20
**mandatory** [3] - 29:19, 29:21, 39:8
**manufacturing** [1] - 45:9
**Marciano** [16] - 2:17, 24:9, 24:13, 24:16, 25:2, 33:9, 34:14, 34:15, 41:2, 41:21, 42:1, 42:9, 43:2, 43:20, 45:13, 48:23
**MARCIANO** [1] - 1:2
**Marciano's** [1] - 44:22
**mark** [1] - 18:13
**mask** [5] - 2:9, 2:12, 4:22, 13:25, 19:4
**masks** [2] - 2:11, 7:2
**Massachusetts** [2] - 18:18, 20:11
**massive** [1] - 7:21
**material** [1] - 37:9
**matter** [6] - 2:17, 33:3, 37:21, 40:13, 40:16, 43:22
**matters** [1] - 19:13, 28:2, 33:10, 39:21, 47:21, 48:8
**Mayor** [12] - 2:20, 4:9, 8:7, 9:22, 9:23, 12:24, 13:7, 14:23, 15:1, 16:18, 20:25, 21:1, 21:17, 26:9, 26:20, 27:4, 27:6, 27:11, 30:22
**MAYOR** [1] - 1:6
**Mayor's** [1] - 27:18
**mean** [7] - 14:13, 14:17, 15:22, 18:11, 35:25, 44:8, 46:10
**means** [4] - 14:11, 22:1, 29:3, 38:19
**measles** [4] - 17:20, 18:1, 18:6, 20:4
**measure** [1] - 38:1
**measures** [4] - 28:6, 28:9, 38:21, 38:25
**medical** [2] - 44:3, 44:6
**meet** [3] - 25:20, 25:21, 25:22
**MENDEZ** [16] - 1:23, 3:10, 40:10, 40:12,

41:5, 41:14, 41:17, 41:20, 42:12, 42:23, 42:25, 43:6, 43:9, 46:25, 48:17, 48:19
**Mendez** [2] - 3:10, 46:24
**Mental** [4] - 11:24, 13:10, 13:14, 27:22
**MENTAL** [1] - 1:7
**mentally** [1] - 21:21
**mention** [1] - 40:1
**mentioned** [2] - 4:23, 39:6
**merits** [2] - 32:22, 48:2
**met** [2] - 39:18, 41:7
**mic** [1] - 40:11
**MICROSOFT** [1] - 1:11
**might** [5] - 7:8, 10:2, 10:24, 18:13, 35:1
**military** [1] - 6:13
**millionaire** [1] - 43:22
**mills** [1] - 18:23
**mind** [1] - 4:8
**minuscule** [1] - 17:19
**minute** [2] - 13:2, 47:1
**minutes** [1] - 49:3
**missed** [1] - 18:13
**mitigate** [2] - 33:19, 38:22
**Moderna** [1] - 6:1
**modest** [1] - 45:18
**modified** [4] - 2:14, 35:4, 35:10, 35:11
**moment** [2] - 16:5, 23:11
**moments** [1] - 26:8
**monetary** [1] - 32:14
**month** [4] - 5:16, 24:6, 24:7, 24:9
**months** [1] - 25:19
**moot** [1] - 42:11
**moreover** [1] - 12:7
**most** [1] - 48:10
**motivation** [2] - 26:5, 26:6
**move** [1] - 7:15
**MR** [15] - 3:10, 40:10, 40:12, 41:5, 41:14, 41:17, 41:20, 42:12, 42:23, 42:25, 43:6, 43:9, 46:25, 48:17, 48:19
**MS** [89] - 2:24, 3:1, 3:5, 3:7, 4:6, 4:13, 4:16, 4:18, 4:20, 10:23, 11:5, 11:10, 11:13, 11:21, 12:2, 12:13, 12:15, 12:17,

12:19, 12:23, 13:5, 13:7, 13:12, 13:15, 14:25, 16:25, 17:4, 17:11, 17:17, 20:19, 23:10, 23:13, 24:15, 24:21, 24:25, 25:12, 25:16, 25:25, 26:3, 26:12, 26:16, 26:19, 27:1, 27:10, 28:16, 28:23, 29:9, 29:12, 29:20, 30:11, 30:20, 31:2, 31:4, 31:14, 31:16, 31:20, 32:5, 33:17, 33:25, 34:4, 34:6, 34:17, 34:20, 35:8, 35:17, 35:25, 36:2, 36:13, 36:16, 36:19, 36:21, 36:23, 37:4, 37:6, 37:14, 37:17, 37:22, 38:4, 38:12, 38:14, 39:9, 39:19, 39:25, 40:5, 43:13, 43:16, 43:19, 46:23, 48:16
**municipal** [12] - 24:8, 25:7, 25:20, 27:2, 27:20, 30:1, 30:3, 34:10, 34:11, 39:14, 39:17, 47:16
**must** [4] - 19:23, 19:25, 30:24

---

**N**

**Nanuet** [1] - 1:18
**nasal** [1] - 19:5
**natural** [4] - 8:19, 14:8, 22:8, 44:11
**nature** [1] - 26:15
**necessarily** [1] - 43:1
**necessary** [3] - 13:17, 19:18, 38:20
**need** [1] - 19:15
**needed** [1] - 11:8
**negotiate** [1] - 9:8
**NERVO** [1] - 1:13
**Nervo** [1] - 2:3
**never** [1] - 46:9
**NEW** [6] - 1:1, 1:1, 1:6, 1:8, 1:9, 1:20
**new** [2] - 2:14, 30:23
**New** [29] - 1:11, 1:12, 1:18, 1:22, 2:2, 2:20, 6:22, 10:3, 21:14, 23:24, 27:7, 27:8, 28:3, 28:4, 29:9, 29:12, 29:13, 29:14, 31:17, 31:21, 34:23, 35:8, 36:6, 36:9, 38:4, 44:18, 46:10

**Newsome** [1] - 18:23
**next** [1] - 9:1
**nice** [1] - 30:25
**night** [3] - 5:2, 8:21, 23:15
**nightmare** [1] - 14:12
**nobody** [1] - 43:2
**nondiscriminatory** [1] - 19:19
**none** [3] - 11:13, 16:3, 19:20
**notes** [2] - 37:8, 47:2
**nothing** [4] - 7:14, 15:7, 33:18, 43:13
**notice** [2] - 12:9, 24:10
**novel** [4] - 6:23, 7:4, 7:12, 9:11
**nuisance** [2] - 15:6, 18:10
**Number** [1] - 2:21
**number** [6] - 15:25, 16:21, 17:19, 17:22, 39:21, 48:3
**numerous** [2] - 36:5, 44:17
**NYPD** [5] - 4:22, 8:17, 19:20, 34:21, 41:6

---

**O**

**observing** [1] - 3:11
**obtain** [2] - 9:18, 45:13
**obvious** [2] - 40:7, 41:16
**obviously** [1] - 38:10
**OF** [9] - 1:1, 1:1, 1:6, 1:7, 1:9, 1:20
**offer** [1] - 46:13
**offered** [2] - 17:22, 40:23
**offers** [1] - 26:14
**OFFICE** [1] - 1:20
**Officer** [1] - 41:2
**officer** [3] - 13:23, 21:18, 44:13
**OFFICER** [2] - 2:1, 3:6, 47:4
**Officers** [1] - 40:14
**officers** [10] - 22:22, 34:14, 40:19, 40:23, 41:24, 42:15, 44:12, 45:10, 48:21, 48:24
**Official** [3] - 1:7, 1:8, 1:8
**old** [1] - 18:19
**omicron** [2] - 15:23, 45:4
**one** [14] - 4:24, 11:16,

14:16, 19:8, 22:20, 23:10, 26:14, 39:22, 39:23, 42:18, 43:9, 44:13, 44:24, 48:4
**one's** [1] - 8:10
**opinion** [1] - 17:20
**opinions** [1] - 48:3
**opposing** [2] - 24:4, 27:13
**opposition** [7] - 5:3, 7:20, 8:21, 9:2, 14:15, 23:15, 47:24
**order** [26] - 2:4, 3:17, 9:14, 9:24, 14:6, 14:24, 15:13, 16:19, 19:15, 19:21, 21:3, 21:20, 24:7, 24:8, 24:10, 26:7, 26:9, 27:21, 32:2, 34:21, 35:2, 36:7, 42:25, 44:25, 47:12, 48:14
**Order** [1] - 46:16
**ordered** [1] - 37:24
**orders** [8] - 3:17, 4:10, 6:16, 13:16, 27:18, 36:8, 37:12, 47:11
**organizational** [1] - 42:16
**OSHA** [2] - 8:5, 22:4
**outbreak** [1] - 18:7
**outline** [1] - 27:11
**outlined** [1] - 27:12
**outset** [1] - 4:8
**over-inclusive** [1] - 8:16
**overarching** [1] - 47:13
**overblown** [1] - 19:12
**overbroad** [5] - 8:16, 8:18, 22:7, 22:15, 22:21
**overturned** [1] - 10:11
**overweight** [1] - 16:4
**own** [1] - 27:23

---

**P**

**PA** [1] - 2:12
**palpable** [1] - 19:10
**papers** [3] - 23:15, 29:24, 43:7
**paragraph** [2] - 5:3, 7:11
**pardon** [4] - 12:17, 13:12, 16:25, 28:10
**part** [2] - 14:10, 28:17
**parte** [1] - 45:15
**particular** [4] - 10:11, 13:23, 21:18, 39:23
**particularly** [4] - 5:18,

20:9, 22:7, 37:10
**party** [2] - 13:17, 26:18
**PATRICIA** [1] - 1:17
**Patricia** [2] - 3:1, 15:15
**pause** [6] - 4:19, 23:8, 23:12, 29:16, 32:17, 43:18
**pay** [10] - 19:6, 19:7, 24:14, 24:19, 24:22, 25:24, 26:10, 41:8, 41:12, 48:8
**PCR** [2] - 7:3, 19:4
**peel** [1] - 4:24
**pendency** [1] - 47:21
**pending** [4] - 39:21, 41:6, 41:7, 48:14
**people** [12] - 14:18, 15:16, 19:7, 19:14, 20:15, 21:21, 22:17, 22:23, 25:10, 27:6, 46:10
**per** [1] - 20:8
**PERB** [1] - 9:6
**perceives** [1] - 48:10
**percent** [4] - 14:17, 16:12, 16:14, 22:25
**perhaps** [3] - 10:25, 40:4, 47:22
**period** [2] - 7:6, 27:8
**permissible** [2] - 2:15, 31:11
**person** [4] - 14:5, 14:6, 21:25, 43:23
**personal** [1] - 32:20
**personally** [2] - 14:13, 18:10
**perspective** [1] - 34:3
**petition** [6] - 3:16, 14:2, 21:24, 23:14, 25:2, 48:12
**petitioner** [6] - 26:4, 32:6, 32:7, 32:9, 32:16, 42:6, 42:19, 43:9, 48:23, 48:24
**petitioner's** [2] - 3:18, 3:20
**petitioning** [1] - 22:11
**Pfizer** [5] - 5:8, 5:9, 5:11, 6:1, 7:12
**pharmaceutical** [1] - 5:20
**physical** [1] - 13:24
**place** [4] - 15:20, 20:20, 26:9, 33:18
**placed** [1] - 25:23
**plain** [1] - 19:10
**plainly** [1] - 32:13
**plaintiff** [5] - 2:23, 3:2,

3:13, 33:23, 48:6
**plaintiff's** [1] - 48:11
**plaintiff/petitioner** [2] - 2:19, 26:4
**Plaintiff/Petitioners** [2] - 1:4, 1:17
**plaintiffs** [1] - 33:8
**plenty** [1] - 6:6
**podium** [4] - 2:7, 2:8, 4:15, 11:1
**point** [15] - 6:10, 9:1, 12:2, 15:12, 17:4, 18:2, 18:6, 31:17, 33:14, 33:21, 35:14, 35:15, 35:18, 43:6, 45:12
**pointed** [3] - 15:4, 45:7, 46:6
**points** [1] - 25:1
**Police** [11] - 3:25, 9:25, 21:17, 27:8, 30:22, 31:12, 31:21, 35:5, 36:6, 36:24, 40:18
**police** [16] - 22:18, 22:22, 31:23, 34:13, 35:6, 35:21, 40:19, 40:23, 42:15, 44:12, 44:13, 45:10, 45:19, 48:21, 48:24
**POLICE** [1] - 1:8
**policeman** [1] - 30:24
**policy** [2] - 38:16, 38:24
**poorest** [1] - 43:23
**population** [2] - 16:9, 22:25
**position** [11] - 4:5, 4:20, 11:23, 34:2, 35:12, 37:2, 38:14, 41:2, 42:8, 42:21, 44:2
**positive** [1] - 14:9
**possibility** [3] - 19:9, 33:11, 33:24
**possible** [5] - 13:22, 25:23, 33:12, 41:3, 42:12
**poster** [1] - 45:20
**potential** [2] - 15:21, 22:8
**potentially** [3] - 42:4, 42:17, 44:10
**power** [4] - 8:25, 44:5, 46:4, 47:13
**powers** [2] - 9:22, 10:7
**praising** [1] - 8:21
**precedent** [1] - 47:10
**precluded** [1] - 11:13

**preempted** [5] - 4:25, 6:7, 7:6, 20:23, 21:10
**preemption** [3] - 8:24, 9:21, 46:3
**preferred** [1] - 13:18
**prejudice** [1] - 47:15
**preliminary** [6] - 23:21, 24:1, 24:4, 32:11, 32:25, 40:17
**premises** [1] - 3:16
**present** [1] - 37:20
**presentation** [1] - 23:18
**presented** [1] - 23:14
**President** [1] - 8:8
**presiding** [1] - 2:3
**press** [1] - 3:6
**presumably** [1] - 24:10, 36:2
**presume** [2] - 40:7, 48:22
**prevail** [2] - 9:13, 47:18
**prevalence** [2] - 16:1, 16:8
**prisoner** [1] - 22:9
**private** [2] - 30:4, 34:12
**problem** [2] - 5:21, 17:6
**problems** [3] - 9:20, 9:21, 33:12
**procedural** [2] - 12:8, 12:23
**procedurally** [1] - 15:7
**procedures** [1] - 18:9
**proceed** [1] - 48:9
**process** [3] - 27:11, 40:4, 40:22
**Process** [3] - 3:20, 43:24, 46:18
**prohibit** [1] - 43:25
**prohibits** [5] - 7:16, 8:2, 20:22, 21:12, 45:7
**promote** [1] - 38:19
**promulgate** [1] - 32:1
**promulgated** [8] - 29:24, 30:15, 34:23, 35:19, 36:7, 37:25, 38:3, 39:1
**proper** [1] - 42:15
**proportional** [1] - 19:19
**proposition** [1] - 42:10
**protection** [1] - 5:14
**protections** [2] - 43:25, 46:19

**protesting** [1] - 15:16
**provide** [4] - 29:19, 29:22, 30:2, 46:8
**provided** [5] - 4:12, 27:21, 29:18, 39:15, 41:9
**provides** [1] - 47:22
**providing** [1] - 30:1
**Public** [8] - 7:15, 9:11, 10:15, 10:18, 14:3, 21:19, 39:5, 39:7
**public** [9] - 8:9, 8:12, 14:21, 22:6, 32:16, 32:18, 32:19, 38:19, 39:17
**purely** [1] - 8:24
**purposes** [3] - 23:19, 24:3, 32:10
**pursuant** [3] - 26:21, 27:23, 34:15
**put** [5] - 24:13, 39:24, 40:15, 41:22, 46:13

---

## Q

**quarentine** [3] - 14:6, 21:20, 46:16
**questioning** [1] - 17:8
**questions** [2] - 23:16
**quite** [2] - 9:2, 43:21
**quote** [1] - 41:21

---

## R

**raise** [1] - 33:12
**raised** [1] - 45:23
**raises** [1] - 40:24
**rate** [7] - 16:12, 16:13, 16:15, 16:22, 19:13, 20:4
**rather** [2] - 5:6, 25:6
**read** [1] - 37:19
**reading** [1] - 47:7
**reaffirmed** [1] - 22:4
**reality** [2] - 15:24, 34:13
**really** [3] - 9:18, 15:24, 19:16
**reargue** [1] - 45:16
**reason** [3] - 7:5, 9:7, 32:24
**reasonable** [13] - 9:4, 24:17, 24:23, 30:9, 30:11, 31:13, 34:3, 34:7, 40:22, 41:1, 41:12, 42:5
**reasonably** [1] - 41:3
**reasons** [1] - 4:11
**receive** [2] - 25:4, 25:5
**received** [1] - 5:2

**recent** [2] - 8:4, 25:18
**recently** [3] - 18:22, 25:14, 30:16
**recess** [2] - 47:1, 47:3
**recognize** [1] - 48:4
**recognized** [1] - 22:9
**record** [7] - 2:22, 41:23, 42:5, 42:6, 42:7, 42:15, 43:20
**recovered** [1] - 22:13
**recovery** [1] - 47:17
**redressed** [2] - 32:14, 32:22
**refer** [1] - 29:17
**reference** [1] - 27:15
**referenced** [1] - 7:20
**references** [1] - 47:9
**referencing** [1] - 28:11
**referring** [1] - 34:17
**refusal** [1] - 20:10
**refuse** [1] - 3:19
**refused** [1] - 23:25
**refuses** [1] - 21:22
**refusing** [1] - 45:21
**regard** [1] - 35:16
**regarding** [4] - 23:20, 23:21, 38:1, 46:5
**regulate** [2] - 12:5, 28:2
**regulation** [1] - 15:14
**regulatory** [1] - 19:22
**reinfection** [1] - 22:12
**reissued** [1] - 13:15
**related** [1] - 10:16
**relaxing** [1] - 21:2
**release** [1] - 22:9
**relevant** [1] - 8:7
**religious** [3] - 44:20, 45:25
**rely** [2] - 17:17, 20:9
**remarkable** [1] - 44:25
**remember** [1] - 20:14
**remove** [1] - 2:9
**repairable** [1] - 32:13
**repeal** [1] - 44:19
**repeatedly** [1] - 23:24
**rephrase** [1] - 11:7
**replace** [1] - 35:2
**replaced** [1] - 21:1
**Reporter** [2] - 1:25, 49:6
**representative** [1] - 44:15
**representing** [1] - 40:19
**request** [3] - 2:6, 24:23, 41:9
**requested** [1] - 41:5
**require** [2] - 28:15,

28:20
**required** [1] - 46:17
**requirement** [3] - 37:20, 37:22, 37:23
**requirements** [1] - 38:10
**requires** [1] - 21:19
**requiring** [1] - 47:19
**resolved** [1] - 9:18
**resource** [1] - 21:14
**respect** [6] - 3:24, 9:12, 26:8, 34:25, 45:23, 47:10
**respectfully** [5] - 14:11, 16:13, 43:22, 45:16, 45:24
**respond** [3] - 23:9, 38:12, 43:15
**respondents** [4] - 3:9, 4:21, 7:19, 7:20
**responders** [3] - 47:20, 47:25, 48:5
**rest** [1] - 30:4
**restrained** [1] - 14:5
**restraining** [6] - 9:14, 21:3, 44:25, 47:11, 47:12, 48:13
**restraint** [1] - 13:25
**restrictions** [1] - 35:3
**restrictive** [2] - 14:11, 22:1
**result** [1] - 42:2
**retain** [1] - 47:16
**reversed** [1] - 10:12
**review** [5] - 31:8, 31:10, 35:24, 36:3, 47:2
**reviewed** [2] - 3:12, 8:14
**rhetorical** [1] - 12:21
**rights** [3] - 3:19, 19:11, 44:22
**rise** [5] - 2:1, 17:23, 20:5, 23:5, 47:4
**rises** [1] - 16:15
**risk** [2] - 22:12, 40:6
**Rockland** [3] - 17:12, 18:2, 18:11
**Roman** [1] - 18:24
**room** [1] - 14:14
**Route** [1] - 1:18
**rule** [3] - 20:7, 20:8, 38:17
**ruled** [1] - 18:1
**rules** [5] - 2:14, 4:2, 12:8, 18:9, 36:25
**ruling** [1] - 16:14
**run** [1] - 38:8
**run-arounds** [1] - 38:8

## S

**sacrifices** [1] - 48:4
**safety** [1] - 8:23
**sanitation** [1] - 45:11
**scaring** [1] - 15:20
**schedule** [1] - 10:6
**schedules** [1] - 37:11
**school** [1] - 10:16
**school-related** [1] -
10:16
**science** [2] - 19:17,
20:7
**scientist** [1] - 15:17
**sealed** [1] - 2:13
**seated** [3] - 2:3, 2:5,
47:5
**second** [2] - 14:10,
21:7
**Second** [1] - 23:25
**secondly** [3] - 3:22,
6:20, 21:5
**seconds** [1] - 20:17
**Section** [10] - 15:2,
27:25, 28:5, 28:13,
28:19, 28:25, 29:15,
31:18, 32:2, 38:6
**see** [1] - 2:11
**seeing** [1] - 41:16
**seek** [1] - 47:17
**seem** [1] - 16:1
**segued** [1] - 10:20
**Senior** [2] - 1:25, 49:6
**sense** [1] - 26:20
**separate** [2] - 28:24,
35:22
**separation** [4] - 8:24,
9:21, 10:7, 46:4
**series** [1] - 13:15
**serious** [1] - 17:2
**seriously** [1] - 45:20
**Service** [1] - 11:24
**session** [1] - 2:2
**set** [1] - 16:5
**several** [1] - 7:21
**share** [1] - 40:12
**SHEA** [1] - 1:8
**shocked** [1] - 15:23
**shortage** [1] - 17:5
**shot** [2] - 8:5, 10:14
**sick** [1] - 21:22
**sign** [1] - 46:13
**signed** [1] - 30:13
**signs** [1] - 46:9
**similar** [3] - 26:16,
26:17, 39:22
**similarly** [6] - 1:3,
2:19, 33:9, 41:21,
42:18, 44:21

**simple** [1] - 21:11
**simply** [1] - 9:5
**sit** [1] - 42:13
**situated** [7] - 1:3,
2:19, 33:9, 41:22,
42:18, 44:16, 44:21
**situation** [2] - 12:3,
32:15
**six** [1] - 30:24
**skirting** [1] - 38:15
**slightly** [1] - 18:13
**smoking** [1] - 44:5
**society** [2] - 19:24,
23:6
**soldiers** [1] - 6:18
**someone** [5] - 15:18,
21:22, 25:5, 41:3,
44:9
**sometimes** [1] - 15:25
**somewhat** [1] - 5:10
**somewhere** [1] - 30:7
**soon** [2] - 21:1, 26:24
**soon-to-be** [1] - 21:1
**sorry** [7] - 2:25, 6:3,
18:24, 24:12, 36:13,
36:21
**sort** [3] - 31:5, 31:8,
38:16
**specific** [9] - 23:16,
29:4, 34:25, 35:20,
35:21, 36:8, 38:21,
39:13, 39:14
**specifically** [29] -
6:23, 7:16, 8:1, 8:18,
16:18, 18:17, 20:14,
23:19, 23:21, 24:3,
27:2, 27:12, 27:23,
27:25, 29:5, 29:17,
30:3, 31:17, 31:25,
32:5, 34:6, 34:10,
36:5, 38:5, 39:10,
39:12, 44:4, 46:20
**specifics** [1] - 39:11
**specified** [2] - 27:17,
35:9
**speculation** [1] -
42:13
**spend** [1] - 9:2
**spot** [1] - 31:6
**spot-on** [1] - 31:6
**spreading** [1] - 18:5
**standard** [2] - 33:6,
41:1
**standing** [2] - 42:16,
43:7
**start** [2] - 20:19, 20:20
**starting** [1] - 9:10
**state** [2] - 4:4, 6:20
**STATE** [1] - 1:1
**State** [3] - 2:2, 10:4,

44:18
**State's** [1] - 46:19
**statement** [1] - 21:5
**states** [3] - 28:14,
28:20, 32:2
**States** [4] - 5:10, 5:12,
5:17, 20:24
**stating** [1] - 40:7
**statistics** [1] - 17:18
**status** [4] - 24:14,
24:19, 24:22, 48:8
**statute** [8] - 7:15, 8:2,
20:1, 21:12, 21:15,
29:7, 37:23, 39:1
**statutes** [5] - 28:11,
39:3, 39:4, 39:13,
39:15
**statutory** [7] - 8:25,
9:15, 9:20, 38:9,
43:25, 46:4, 46:19
**stenographic** [1] -
49:3
**stop** [1] - 48:18
**Street** [2] - 1:11, 1:21
**striking** [1] - 6:16
**strong** [4] - 26:2,
33:22, 44:12, 47:24
**strong-armed** [1] -
44:12
**strong-arming** [2] -
26:2, 33:22
**struck** [3] - 6:17, 10:6,
22:20
**struggling** [1] - 14:14
**subject** [6] - 14:5,
26:4, 27:18, 31:7,
35:23, 36:3
**submissions** [1] -
3:13
**submit** [3] - 23:2,
36:4, 39:9
**submitted** [3] - 23:15,
24:22, 47:8
**subordinates** [1] -
9:25
**Subsection** [4] - 28:1,
28:5, 29:14, 29:15
**substance** [2] - 28:14,
44:9
**subway** [2] - 46:8,
46:14
**successful** [1] - 32:21
**succumb** [3] - 25:3,
32:7, 47:25
**sucked** [1] - 19:17
**sue** [4] - 5:20, 13:13,
13:17
**suffocating** [1] - 19:4
**suggest** [2] - 5:11, 8:3
**suggested** [1] - 2:16

**Suite** [1] - 1:18
**sum** [1] - 20:17
**summary** [1] - 18:14
**supplement** [1] -
34:24
**supplementing** [1] -
34:21
**SUPREME** [1] - 1:1
**Supreme** [6] - 1:11,
1:13, 2:1, 10:4,
18:22, 20:12
**surpass** [1] - 35:19
**survival** [2] - 16:13,
16:15
**suspected** [2] - 14:7,
21:25
**symptoms** [1] - 16:3
**system** [1] - 2:13

## T

**table** [1] - 2:10
**tackling** [1] - 13:7
**tactic** [1] - 26:2
**Tal** [2] - 1:25, 49:6
**tall** [1] - 30:24
**TEAMS** [1] - 1:11
**temporary** [7] - 9:14,
15:9, 21:3, 44:25,
47:11, 47:12, 48:13
**ten** [1] - 47:1
**tended** [1] - 16:4
**term** [18] - 9:9, 25:7,
25:9, 25:13, 25:17,
25:20, 25:21, 25:22,
26:2, 27:3, 27:6,
30:2, 30:12, 30:14,
30:23, 30:25, 31:10,
34:8
**Term** [1] - 2:2
**terms** [8] - 30:17,
34:8, 34:24, 35:1,
35:4, 35:9, 35:18,
36:1
**test** [1] - 19:4
**tested** [2] - 14:1, 14:8
**testimony** [4] - 17:15,
41:25, 42:1, 43:20
**testing** [1] - 7:3
**tests** [1] - 41:8
**THE** [106] - 1:1, 1:6,
1:8, 1:9, 1:20, 2:5,
2:25, 3:3, 3:12, 4:7,
4:14, 4:17, 10:20,
10:24, 11:6, 11:12,
11:14, 11:22, 12:11,
12:14, 12:16, 12:18,
12:20, 13:2, 13:6,
13:9, 13:13, 14:22,
16:23, 17:1, 17:8,

17:14, 20:18, 23:9,
24:12, 24:20, 24:24,
25:9, 25:13, 25:23,
26:1, 26:5, 26:13,
26:17, 26:23, 27:5,
28:10, 28:18, 29:7,
29:11, 29:17, 30:9,
30:17, 30:21, 31:3,
31:9, 31:15, 31:19,
32:4, 33:2, 33:21,
34:3, 34:5, 34:13,
34:19, 35:3, 35:14,
35:23, 36:1, 36:12,
36:14, 36:17, 36:20,
36:22, 36:25, 37:5,
37:8, 37:15, 37:18,
38:3, 38:7, 38:13,
39:2, 39:16, 39:20,
40:1, 40:6, 40:11,
40:24, 41:10, 41:15,
41:19, 42:8, 42:20,
42:24, 43:3, 43:8,
43:11, 43:14, 43:17,
46:22, 46:24, 47:1,
47:5, 48:18, 48:22
**themselves** [1] - 30:18
**therefore** [4] - 5:25,
39:18, 42:20, 48:13
**thirty** [1] - 20:17
**Thorsen** [1] - 17:19
**Thorsen's** [1] - 20:3
**thousands** [1] - 42:14
**threat** [3] - 13:24,
21:19, 38:22
**three** [1] - 3:16
**ties** [1] - 20:1
**today** [3] - 19:1, 23:20,
24:2
**together** [1] - 28:12
**tomorrow** [1] - 40:16
**top** [2] - 9:10, 20:20
**total** [2] - 16:5, 28:13
**totality** [1] - 14:12
**totally** [1] - 42:11
**tracing** [2] - 7:2, 7:14
**track** [1] - 16:6
**traditionally** [1] - 46:6
**transcript** [1] - 49:3
**trial** [1] - 40:3
**tried** [3] - 8:8, 18:11,
45:13
**TRO** [4] - 9:19, 33:5,
33:8, 48:20
**true** [3] - 18:20, 19:13,
49:3
**try** [1] - 13:22
**trying** [6] - 8:8, 8:11,
9:13, 14:19, 15:12,
39:10
**two** [4] - 14:4, 14:18,

20:25, 36:10
**type** [2] - 32:13, 46:9
**typically** [1] - 5:17

## U

**ultimately** [2] - 9:13,
   47:18
**ultra** [1] - 10:9
**unable** [2] - 32:1,
   33:20
**unanimously** [1] -
   36:11
**unapproved** [1] - 6:14
**unaware** [1] - 15:21
**under** [26] - 2:14, 2:21,
   6:2, 6:4, 6:7, 6:20,
   6:22, 7:4, 7:6, 7:25,
   8:17, 11:1, 11:15,
   11:25, 14:2, 20:21,
   21:10, 22:16, 22:21,
   25:14, 27:5, 29:24,
   31:15, 33:16, 46:12,
   46:17
**under-inclusive** [3] -
   8:17, 22:16, 22:21
**underpinning** [1] -
   13:16
**unfamiliarity** [1] -
   28:10
**unfortunately** [1] -
   31:4
**union** [5] - 9:3, 40:18,
   40:20, 42:16, 46:1
**unions** [1] - 9:12
**United** [4] - 5:10, 5:12,
   5:16, 20:24
**unjust** [1] - 47:22
**unless** [2] - 18:14,
   41:12
**unlike** [1] - 9:19
**unmindful** [1] - 47:10
**unprecedented** [1] -
   48:6
**unquote** [1] - 41:21
**unvaccinated** [1] -
   48:5
**up** [7] - 6:3, 6:15,
   20:17, 25:1, 41:12,
   45:17, 46:13
**updated** [1] - 18:20
**upheld** [8] - 10:8,
   17:12, 17:24, 18:17,
   19:1, 19:2, 20:3,
   36:5

## V

**vaccinate** [1] - 20:15
**vaccinated** [5] - 12:1,

18:6, 23:1, 41:4,
   48:4
**vaccination** [6] - 3:23,
   8:2, 26:15, 28:7,
   29:19, 39:8
**vaccinations** [5] -
   3:21, 6:24, 29:18,
   29:21, 29:22
**vaccine** [43] - 5:4, 5:8,
   5:9, 5:11, 5:19, 5:23,
   5:24, 6:2, 6:6, 6:14,
   7:4, 7:12, 7:22, 7:24,
   14:2, 19:9, 19:17,
   20:10, 20:13, 20:24,
   21:9, 23:20, 23:22,
   25:3, 25:4, 25:6,
   25:19, 28:8, 30:8,
   32:7, 32:17, 33:1,
   33:23, 43:25, 44:20,
   45:2, 45:7, 45:21,
   46:8, 46:20
**vaccines** [16] - 5:17,
   5:18, 5:19, 6:11,
   6:12, 6:21, 8:22,
   8:23, 10:16, 12:5,
   15:16, 21:8, 21:13,
   28:7, 46:8, 46:13
**validity** [1] - 26:8
**variant** [3] - 15:23,
   15:24, 45:3
**variants** [2] - 15:21,
   15:22
**various** [1] - 39:3
**versus** [10] - 8:5, 10:3,
   17:12, 18:18, 18:25,
   20:10, 21:13, 22:4,
   44:4, 44:18
**view** [1] - 37:10
**violate** [2] - 3:18, 4:3
**violates** [3] - 3:20,
   44:22
**violating** [1] - 10:7
**vires** [1] - 10:9
**viruss** [1] - 19:14
**vote** [3] - 12:10, 12:12,
   37:21
**voted** [2] - 44:1

## W

**W.T** [1] - 17:12
**wait** [1] - 13:2
**watershed** [1] - 45:5
**wealthy** [1] - 42:10
**week** [4] - 14:1, 17:13,
   17:25, 37:10
**weeks** [2] - 6:21,
   20:25
**weight** [1] - 46:12
**wife** [1] - 33:15

**wish** [3] - 34:2, 43:12,
   46:22
**wondering** [1] - 46:11
**workers** [2] - 17:7,
   45:11
**works** [1] - 4:17
**world** [2] - 43:23,
   46:10

## Y

**year** [2] - 45:3, 45:11
**years** [1] - 9:17
**YORK** [6] - 1:1, 1:1,
   1:6, 1:8, 1:9, 1:20
**York** [29] - 1:11, 1:12,
   1:18, 1:22, 2:2, 2:20,
   6:22, 10:3, 21:14,
   23:24, 27:7, 27:8,
   28:3, 28:4, 29:9,
   29:12, 29:13, 29:14,
   31:17, 31:21, 34:23,
   35:8, 36:6, 36:9,
   38:4, 44:18, 46:11

## Z

**zero** [1] - 16:2