```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ANTHONY MARCIANO,                   :
                                    :
     Plaintiffs,                    :
                                    :      21-cv-10752 (JSR)
       -v-                          :
                                    :      ORDER
BILL DE BLASIO, et al.,             :
                                    :
     Defendants.                    :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see Transcript of December 29, 2021 Hearing, plaintiff's motion to remand on the grounds that removal was improper or, in the alternative, to sever and remand his state law claims to the New York State Supreme Court as a matter of this Court's discretion, ECF No. 12, is denied, and defendants' motion to vacate the temporary restraining order ("TRO") issued prior to removal, ECF No. 18, is granted but without prejudice to a renewed TRO motion if circumstances change.

The briefing schedule on defendants' motion to dismiss is as follows: Defendants' moving papers, with the opening brief limited to no more than 30 pages, are due by January 19, 2022. Plaintiff's answering brief, which is limited to no more than 30 pages, is due by February 9, 2022. Defendants' reply brief, which is limited to no more than 10 pages, is due by February 16, 2022. Oral argument on the motion to dismiss will be held on February 28, 2022 at 3:30

1

p.m.  The hearing will be held in Courtroom 14B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Discovery and all other proceedings in this case are stayed pending the resolution of the motion to dismiss.

Plaintiff has until 10 days following the filing of defendants' motion to dismiss to amend the complaint.

SO ORDERED.

Dated:   New York, NY
         December 29, 2021              _____
                                        JED S. RAKOFF, U.S.D.J.