**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTHONY MARCIANO,

                Plaintiff,

-against-    21 **CIVIL** 10752 (JSR)

                **JUDGMENT**

BILL DE BLASIO, MAYOR OF THE CITY
OF NEW YORK, in his official
capacity, DAVE A. CHOCKSHI,
COMMISSIONER OF HEALTH AND MENTAL
HYGIENE, in his official capacity,
DERMOT SHEA, POLICE COMMISSIONER,
in his official capacity, THE NEW
YORK CITY BOARD OF HEALTH, and THE
CITY OF NEW YORK,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order dated March 8, 2022, defendants' Motion to Dismiss the complaint with prejudice is hereby granted.

**Dated:**  New York, New York

    March 15, 2022

                                  **RUBY J. KRAJICK**
                                  _____
                                  **Clerk of Court**
    **BY:**  *K. Mango*
                                  _____
                                  **Deputy Clerk**